# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)**<br><br>CECCHI, CLAIRE C. | **2. Court or Organization**<br><br>US DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY | **3. Date of Report**<br><br>07/19/2019 |
| **4. Title (Article III judges indicate active or senior status;** magistrate judges indicate full- or part-time)<br><br>US FEDERAL JUDGE | **5a. Report Type (check appropriate type)**<br><br>☐ Nomination      Date<br>☐ Initial   ✔ Annual   ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2018<br>**to**<br>12/31/2018 |

**7. Chambers or Office Address**

Martin Luther King Jr Fed Bldg
50 Walnut Street
Newark, NJ 07102

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 07/19/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ - WAGES ▓▓▓ |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **CECCHI, CLAIRE C.** | 07/19/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Great West Financial | 401k loan | J |
| 2. | Citibank | Unsecured credit lines | M |
| 3. | American Express | Credit Card | M |
| 4. | MassMutual | Life Insurance loan | J |
| 5. | Northwestern Life | Life Insurance loan | J |

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 07/19/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America - Checking accounts | A | Interest | L | T | | | | | |
| 2. Citibank - Checking accounts | A | Interest | K | T | | | | | |
| 3. Northwestern Mutual Ins Cash Value | A | Int./Div. | L | T | | | | | |
| 4. Guardian Whole Life Cash Value | B | Int./Div. | K | T | | | | | |
| 5. Mass Mutual Whole Life Cash Value | A | Int./Div. | M | T | | | | | |
| 6. National Life UL Cash Value (x) | E | Int./Div. | O | T | | | | | |
| 7. 401(k) #1 (H) | | | | | | | | | |
| 8. - AmericanFunds Inv Fund | C | Dividend | L | T | | | | | |
| 9. - Mainstay Large Cap | C | Dividend | L | T | | | | | |
| 10. 401(k) #2 (H) | | | | | | | | | |
| 11. - American Century Growth Fund | F | Dividend | O | T | | | | | |
| 12. - PIMCO Total Return | D | Dividend | M | T | | | | | |
| 13. ▨▨▨▨ | | None | P2 | W | | | | | |
| 14. Mark Pharmaceutical (Y)(Worthless Unlisted Security ) | | None | | | | | | | |
| 15. Brokerage #1 (H) | | | | | | | | | |
| 16. - Western Asset Money Mkt Account | A | Int./Div. | J | T | | | | | |
| 17. Franklin Templeton 529 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 07/19/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Franklin Growth Age 13-16 | A | Dividend | K | T | | | | | |
| 19. Brokerage #2 (Y)(Closed-no Reportable Income or Transactions) | | None | | | | | | | |
| 20. Brokerage #3 (H) | | | | | | | | | |
| 21. - Western Asset Money Mkt Account (x) | A | Interest | J | T | | | | | |
| 22. - Frisco Tex Rfdg 5% Bond | B | Interest | L | T | | | | | |
| 23. - California ST 4% Bond | B | Interest | L | T | | | | | |
| 24. - College Station Tex Rfdg 5% Bond | B | Interest | K | T | | | | | |
| 25. - Katy Tex Indpt Bond | B | Interest | | | Sold | 11/06/18 | L | | |
| 26. - Lakeland Fl Energy 5.25% Bond | B | Interest | L | T | | | | | |
| 27. - NYS Dorm Auth 5% Bond | B | Interest | L | T | | | | | |
| 28. - Richardson Tex Ind Sch Dist 4% Bond | B | Interest | L | T | | | | | |
| 29. - Washington ST Healthcare 5% | B | Interest | L | T | | | | | |
| 30. - Metro Council Waste 5% Bond | B | Interest | L | T | | | | | |
| 31. - Central Puget Sound 5% | B | Interest | L | T | | | | | |
| 32. - Hawaii St Ser FK5% Bond | B | Interest | L | T | | | | | |
| 33. - NYS Dorm Auth 7/30/30 5% Bond | B | Interest | L | T | Sold (part) | 11/21/18 | K | | |
| 34. - Wisconsin ST Env impt 5% Bond | B | Interest | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 07/19/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.    - Council Rock Sch Dist 5% Bond | B | Interest | | | Sold | 10/11/18 | L | | |
| 36.    - Sumter Cnty Dev Auth 5%Bond | B | Interest | L | T | | | | | |
| 37.    - Phil PA Hosp Higher Ed 5% Bond | B | Interest | L | T | | | | | |
| 38.    - Miami Dade Rfdg-Bldg 5% Bond | B | Interest | L | T | | | | | |
| 39.    - NYC Etc Fiscal 4% Bond | B | Interest | | | Sold | 10/25/18 | L | | |
| 40.    - Port Auth NY & NJ 5% Bond | B | Interest | | | Sold | 12/04/18 | L | | |
| 41.    - Hawaii St Dept Home LDS 5% Bond | B | Interest | L | T | | | | | |
| 42.    - Collier Cnty Fl Schl Bd 5.25% Bond | B | Interest | | | Sold | 12/18/18 | L | | |
| 43.    - Cherry Creek Colo Sch Dist 5% Bond | C | Interest | | | Sold | 10/10/18 | M | | |
| 44.    - Palm Beach Cnty Sch Bd 5% Bond | B | Interest | | | Sold | 10/18/18 | L | | |
| 45.    - NYC Mun Wtr 5% Bond | B | Interest | | | Sold | 11/26/18 | L | | |
| 46.    - North East OH Reg Swr 5% Bond | C | Interest | | | Sold | 10/31/18 | M | | |
| 47.    - Miami Dade Wtr & Swr 5% Bond | B | Interest | | | Sold | 11/01/18 | K | | |
| 48.    - Honolulu HI City & County 5.0% Bond | A | Interest | L | T | Buy | 10/11/18 | L | | |
| 49.    - Washingotn Subn San Dist 4.0% Bond | A | Interest | L | T | Buy | 10/25/18 | L | | |
| 50.    - Sales Tax Asset Rec NY 5.0% Bond | B | Interest | M | T | Buy | 10/10/18 | M | | |
| 51.    - Bexar Cnty Tex Hosp 2016 5.0% Bond | B | Interest | L | T | Buy | 10/18/18 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 07/19/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.    - Nevada Sys Higher Ed 5.0% Bond | B | Interest | M | T | Buy | 10/31/18 | M | | |
| 53.    - Arizona Brd Regents 5.0% Bond | A | Interest | K | T | Buy | 11/21/18 | K | | |
| 54.    - Monmouth Cnty NJ Auth Rev 5.0% Bond | B | Interest | L | T | Buy | 12/14/18 | L | | |
| 55.    - Pierce Cnty Wash Sch Dist 5.0% Bond | A | Interest | L | T | Buy | 12/20/18 | L | | |
| 56.    - Mass St Trans Fd Bds 5.0% Bond | A | Interest | K | T | Buy | 06/22/18 | K | | |
| 57.    - East Cent Reg Wastewater Tr Bond | A | Interest | L | T | Buy | 11/26/18 | L | | |
| 58.    - Colorado St CTFS Part 5.0% Bond | A | Interest | L | T | Buy | 09/21/18 | L | | |
| 59.    - Indiana Univ Revs Student 5.0% Bond | B | Interest | M | T | Buy | 09/14/18 | M | | |
| 60.    - Clark Cnty Nev Trans 5.0% Bond | A | Interest | M | T | Buy | 11/07/18 | M | | |
| 61.   Brokerage #4 (H) | | | | | | | | | |
| 62.    - See Part VIII Additional Information | | | | | | | | | |
| 63.   Brokerage #5 (H) | | | | | | | | | |
| 64.    - See Part VIII Additional Information | | | | | | | | | |
| 65.   Bokerage #6 (H) CLOSED 2018 | | | | | | | | | |
| 66.    - Morgan Stanley Money Mkt Account | A | Interest | | | | | | | |
| 67.    - Apple Inc | A | Dividend | | | Sold | 04/23/18 | J | A | |
| 68.    - Blackstone Group | A | Distribution | | | Sold | 04/23/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 07/19/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Costco Wholesale Corp | A | Dividend | | | Sold | 04/23/18 | J | B | |
| 70. - Facebook | | | | | Sold | 04/23/18 | J | | |
| 71. - Hubbell Inc | A | Dividend | | | Sold | 04/23/18 | J | | |
| 72. - Schlumberger LTD | A | Dividend | | | Sold | 04/23/18 | J | | |
| 73. - Visa Inc | A | Dividend | | | Sold | 04/23/18 | J | B | |
| 74. - Microsoft | A | Dividend | | | Buy | 01/18/18 | K | | |
| 75. | | | | | Sold | 04/23/18 | K | A | |
| 76. - Nike | A | Dividend | | | Buy | 01/18/18 | K | | |
| 77. | | | | | Sold | 04/23/18 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 07/19/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

BROKERAGE #4, Part VII, Line 61

|  | Income | | Gross Value at End of Reporting Period | | | | | |
|---|---|---|---|---|---|---|---|---|
| Description of Assets | Code | Type | Value Code | Value Method | Type | Date | Value Code | Gain Code |

A P MOLLER MAERSK AS ADR   Sold 3/13/2018 J A
A P MOLLER MAERSK AS ADR   Buy 4/17/2018 J
A P MOLLER MAERSK AS ADR   Sold 6/26/2018 J A
A P MOLLER MAERSK AS ADR   Buy 7/31/2018 J
A P MOLLER MAERSK AS ADR   Sold 10/16/2018 J A
A P MOLLER MAERSK AS ADR   Buy 11/20/2018 J
A P MOLLER MAERSK AS ADR   Sold 12/27/2018 J A
ABB LIMITED ADR   J T
ACS ACTIV DE CONSTRUC Y SERV ADR   J T Buy 10/16/2018 J
ADDIDAS SALOMON   J T
ADECCO ADR   J T
ADECCO SA ADR   Sold 4/17/2018 J A
ADECCO SA ADR   Buy 5/22/2018 J
AEGON   J T
AGC INC ADR   J T Buy 12/27/2018 J
AGEAS SPNS ADR   J T
AIA GROUP   J T
AIR LIQUIDE ADR ISIN#US0091262024   J T Buy 6/26/2018 J
AIRBUS GROUP   J T
AKZO NV   J T
ALFA LAVAL   J T
ALLIANZ SE SPONS ADR REPSTG 1/10 SHS A Div J T Sold Part 6/26/2018 J A
ALLIANZ SE SPONS ADR REPSTG 1/10 SHS   Sold Part 6/26/2018 J A
ALLIANZ SE SPONS ADR REPSTG 1/10 SHS   Buy Add'l 12/27/2018 J
ALUMINA LTD   J T
AMADEUS IT HLDG   J T
AMCOR LTD ADR (NEW)   J T Sold 4/17/2018 J A
AMCOR LTD ADR (NEW)   Buy 10/16/2018 J
ANGLO AMERN PLC SPONSORED ADR   Buy 12/27/2018 J
ANHEUSER BUSCH INBEV SA NV SPONSORED ADR   Sold Part 5/22/2018 J A
ANHEUSER BUSCH INBEV SA NV SPONSORED ADR   Sold Part 5/22/2018 J A
ANHEUSER BUSCH INBEV SA NV SPONSORED ADR   Buy Add'l 6/26/2018 J
ANHEUSER BUSCH INBEV SA NV SPONSORED ADR   Sold Part 7/31/2018 J A
ANHEUSER BUSCH INBEV SA NV SPONSORED ADR   Sold Part 10/16/2018 J A
ANHEUSER BUSCH INBEV SA NV SPONSORED ADR   Buy Add'l 11/20/2018 J
ANHEUSER BUSCH INBEV SA NV SPONSORED ADR   Sold 12/27/2018 J A
ASAHI KASEI CORP ADR   J T Buy 12/27/2018 J
ASHTEAD GROUP ADR   J T
ASML HOLDING   J T
ASSOCIATED BRIT FOODS LTD ADR NEW   Buy 3/13/2018 J
ASSOCIATED BRIT FOODS LTD ADR NEW   Buy 5/22/2018 J
ASSOCIATED BRIT FOODS LTD ADR NEW   Sold 7/31/2018 J A
ASSOCIATED BRIT FOODS LTD ADR NEW   Sold 7/31/2018 J A
ASSOCIATED BRIT FOODS LTD ADR NEW   Buy 10/16/2018 J
ASSOCIATED BRIT FOODS LTD ADR NEW   Sold 12/27/2018 J A
ATLANTIA SPA ADR   J T Buy 10/16/2018 J
ATLAS COPCO AB SPON ADR NEW REPSTG   J T Buy 12/27/2018 J
AUSTRALIA & NEW ZEALAND BKG GRP LTD   Buy 5/22/2018 J
AUSTRALIA & NEW ZEALAND BKG GRP LTD   Sold Part 10/16/2018 J A
AUSTRALIA & NEW ZEALAND BKG GRP LTD   Sold Part 10/16/2018 J A
AUSTRALIA & NEW ZEALAND BKG GRP LTD   Sold Part 10/16/2018 J A
AUSTRALIA & NEW ZEALAND BKG GRP LTD   Buy Add'l 11/20/2018 J
AUSTRALIA & NEW ZEALAND BKG GRP LTD   Sold 12/27/2018 J A
AVIVA PLC ADR   J T Buy 6/26/2018 J
AVIVA PLC ADR   Buy Add'l 12/27/2018 J
AXA SA SPONS ADR   Sold Part 5/22/2018 J A
AXA SA SPONS ADR   Buy Add'l 6/26/2018 J
AXA SA SPONS ADR   Sold Part 12/27/2018 J A
AXA SA SPONS ADR   Sold 12/27/2018 J A

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 07/19/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

BAE SYS PLC SPONSORED ADR   J T Buy  9/5/2018 J
BAE SYS PLC SPONSORED ADR     Sold Part 11/20/2018 J A
BAE SYS PLC SPONSORED ADR     Buy  12/27/2018 J
BANCO BILBAO VIZCAYA ARGENTARIA SA   J T Sold  4/17/2018 J A
BANCO BILBAO VIZCAYA ARGENTARIA SA     Buy  5/22/2018 J
BANCO BILBAO VIZCAYA ARGENTARIA SA     Sold  6/26/2018 J A
BANCO BILBAO VIZCAYA ARGENTARIA SA     Buy  11/20/2018 J
BANCO SANTANDER SA ADR A Div J T Sold 5/22/2018 J A
BANCO SANTANDER SA ADR     Buy  7/31/2018 J
BANCO SANTANDER SA ADR     Sold  10/16/2018 J A
BANCO SANTANDER SA ADR     Buy  11/20/2018 J
BARCLAYS PLC ADR     Buy Add'l 6/26/2018 J
BARCLAYS PLC ADR     Sold Part 9/5/2018 J A
BARCLAYS PLC ADR     Sold Part 10/16/2018 J A
BARCLAYS PLC ADR     Buy Add'l 11/20/2018 J
BARCLAYS PLC ADR     Sold  12/27/2018 J A
BASF SE SPONS ADR A Div J T Buy  2/7/2018 J
BASF SE SPONS ADR     Sold Part 5/22/2018 J A
BASF SE SPONS ADR     Sold  10/16/2018 J A
BASF SE SPONS ADR     Buy  11/20/2018 J
BAYERISCHE MOTOREN WERKE A G SPONSORED   J T Buy  6/26/2018 J
BAYERISCHE MOTOREN WERKE A G SPONSORED     Sold Part 11/20/2018 J A
BEIGENE LTD SPONSORED ADR   J T Buy  12/27/2018 J
BHP BILLITON LTD SPONSORED ADR A Div J T Buy  10/16/2018 J
BHP GROUP PLC ADR   J T
BNP PARIBAS SPONSORED ADR REPSTG A Div J T Buy  5/22/2018 J
BNP PARIBAS SPONSORED ADR REPSTG     Sold Part 6/26/2018 J A
BNP PARIBAS SPONSORED ADR REPSTG     Sold Part 6/26/2018 J A
BNP PARIBAS SPONSORED ADR REPSTG     Buy Add'l 7/31/2018 J
BNP PARIBAS SPONSORED ADR REPSTG     Sold Part 9/5/2018 J A
BNP PARIBAS SPONSORED ADR REPSTG     Buy Add'l 10/16/2018 J
BNP PARIBAS SPONSORED ADR REPSTG     Sold Part 11/20/2018 J A
BNP PARIBAS SPONSORED ADR REPSTG     Sold Part 11/20/2018 J A
BNP PARIBAS SPONSORED ADR REPSTG     Buy Add'l 12/27/2018 J
BP PLC ADR A Div J T
BRAMBLES SHS SPNS ADR   J T
BRENNTAG AG ADR   J T Buy  5/22/2018 J
BRENNTAG AG ADR     Sold  6/26/2018 J A
BRENNTAG AG ADR     Buy  10/16/2018 J
BRENNTAG AG ADR     Sold  11/20/2018 J A
BRENNTAG AG ADR     Buy  12/27/2018 J
BRIDGESTONE CORP ADR UNSOLICITED ORDER   J T Buy  10/16/2018 J
BRIDGESTONE CORP ADR UNSOLICITED ORDER     Buy  11/20/2018 J
BRITISH AMERN TOB PLC SPONSORED ADR   J T Sold  3/13/2018 J A
BRITISH AMERN TOB PLC SPONSORED ADR     Buy  6/26/2018 J
BRITISH AMERN TOB PLC SPONSORED ADR     Sold Part 7/31/2018 J A
BRITISH AMERN TOB PLC SPONSORED ADR     Sold Part 7/31/2018 J A
BRITISH AMERN TOB PLC SPONSORED ADR     Sold Part 10/16/2018 J A
BRITISH AMERN TOB PLC SPONSORED ADR     Buy Add'l 12/27/2018 J
BRITISH LD CO PLC ADR   J T
BT GROUP PLC ADR UNSOLICITED ORDER   J T Buy  2/7/2018 J
BT GROUP PLC ADR UNSOLICITED ORDER     Sold  5/22/2018 J A
BT GROUP PLC ADR UNSOLICITED ORDER     Buy  6/26/2018 J
BUNZL PLC   J T
BURBERRY GROUP ADR   J T
CANON INC ADR REPSTG 5 SHS     Buy  9/5/2018 J
CANON INC ADR REPSTG 5 SHS     Sold  12/27/2018 J A
CAPGEMINI ADR   J T
CARLSBERG AS SPONSORED ADR     Buy  10/16/2018 J
CARLSBERG AS SPONSORED ADR     Sold  12/27/2018 J A
CARNIVAL PLC ADR     Buy  9/5/2018 J
CARNIVAL PLC ADR     Sold  12/27/2018 J A
CENTRAL JAPAN RAILWAY   J T
CENTRICA PLC SPON ADR NEW 2004   J T Buy  6/26/2018 J
CENTRICA PLC SPON ADR NEW 2004     Sold  7/31/2018 J A
CENTRICA PLC SPON ADR NEW 2004     Buy Add'l 12/27/2018 J
CHECK POINT SOFTWARE TECHNOLOGIES LTD SHS   J T Buy  12/27/2018 J

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 07/19/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

CHR HANSEN ADR   J T
CIE DE SAINT-GOBAIN SHS UNSPONSORED     Buy  9/5/2018 J
CIE DE SAINT-GOBAIN SHS UNSPONSORED     Sold  10/16/2018 J A
CIE DE SAINT-GOBAIN SHS UNSPONSORED     Buy  11/20/2018 J
CIE DE SAINT-GOBAIN SHS UNSPONSORED     Sold  12/27/2018 J A
CITY DEVELOPMENT ADR   J T
CLP HOLDINGS ADR   J T
COCA COLA AMATIL LTD SPON ADR     Sold  12/27/2018 J A
COCA-COLA EUROPEAN PARTNERS PLC SHS   J T Buy  3/13/2018 J
COCA-COLA EUROPEAN PARTNERS PLC SHS     Sold Part 5/22/2018 J A
COLOPLAST A/S ADR   J T
COMMERZBANK AG SPONSORED ADR NEW     Buy  6/26/2018 J
COMMONWEALTH BK AUSTRALIA SPONS ADR A Div J T Sold Part 4/17/2018 J A
COMMONWEALTH BK AUSTRALIA SPONS ADR     Sold Part 4/17/2018 J A
COMMONWEALTH BK AUSTRALIA SPONS ADR     Buy Add'l 6/26/2018 J
COMMONWEALTH BK AUSTRALIA SPONS ADR     Sold Part 7/31/2018 J A
COMMONWEALTH BK AUSTRALIA SPONS ADR     Buy Add'l 11/20/2018 J
COMMONWEALTH BK AUSTRALIA SPONS ADR     Buy Add'l 12/27/2018 J
COMPAGINE FINANCIERE ADR   J T
COMPASS GROUP PLC SPONSORED ADR NEW   J T Buy  4/17/2018 J
CONTINENTAL AG SPONS ADR     Buy  6/26/2018 J
CONTINENTAL AG SPONS ADR     Buy Add'l 10/16/2018 J
CONTINENTAL AG SPONS ADR     Sold  12/27/2018 J A
CONVATEC GROUP PLC ADR   J T
COVESTRO AG SPONSORED ADR     Buy  2/7/2018 J
COVESTRO AG SPONSORED ADR     Sold  4/17/2018 J A
COVESTRO AG SPONSORED ADR     Buy  6/26/2018 J
COVESTRO AG SPONSORED ADR     Sold  10/16/2018 J A
CREDIT AGRICOLE SA ADR   J T Buy  4/17/2018 J
CREDIT AGRICOLE SA ADR     Sold  5/22/2018 J A
CREDIT AGRICOLE SA ADR     Buy  6/26/2018 J
CREDIT AGRICOLE SA ADR     Sold  11/20/2018 J A
CREDIT AGRICOLE SA ADR     Buy  12/27/2018 J
CREDIT SUISSE GROUP ADR   J T
CSL LTD SPON ADR   J T
DAI NIPPON   J T
DAIKIN INDS LTD ADR   J T Buy  12/27/2018 J
DAIMLER AG ADR A Div   Sold Part 6/26/2018 J A
DAIMLER AG ADR     Buy  11/20/2018 J
DAIMLER AG ADR     Sold  12/27/2018 J A
DAITO TR CONSTR ADR   J T
DAIWA HOUSE IND ADR   J T
DAIWA SECS GROUP INC SPONS ADR   J T Sold Part 12/27/2018 J A
DANONE SPONSORED ADR   J T Buy  7/31/2018 J
DANONE SPONSORED ADR     Sold Part 12/27/2018 J A
DANSKE BK A/S SPONSORED ADR     Sold  5/22/2018 J A
DANSKE BK A/S SPONSORED ADR     Buy  6/26/2018 J
DANSKE BK A/S SPONSORED ADR     Sold  7/31/2018 J A
DANSKE BK A/S SPONSORED ADR     Buy  10/16/2018 J
DANSKE BK A/S SPONSORED ADR     Sold  12/27/2018 J A
DASSAULT SYS S A SPONSORED ADR   J T Buy  11/20/2018 J
DBS GROUP HLDGS LTD SPONS ADR   J T Buy  12/27/2018 J
DENSO CORP ADR WITH DUE BILLS     Buy  2/7/2018 J
DENSO CORP ADR WITH DUE BILLS     Sold  3/13/2018 J A
DENSO CORP ADR WITH DUE BILLS     Buy  6/26/2018 J
DENSO CORP ADR WITH DUE BILLS     Sold  11/20/2018 J A
DEUTSCHE BANK AG NAMEN AKT   J T Buy  9/5/2018 J
DEUTSCHE BANK AG NAMEN AKT     Sold Part 11/20/2018 J A
DEUTSCHE BANK AG NAMEN AKT     Buy  12/27/2018 J
DEUTSCHE BOERSE ADR   J T Buy  6/26/2018 J
DEUTSCHE BOERSE ADR     Sold Part 12/27/2018 J A
DEUTSCHE LUFTHANSA ADR   J T
DEUTSCHE POST AG SPONS ADR     Buy  9/5/2018 J
DEUTSCHE POST AG SPONS ADR     Sold  10/16/2018 J A
DEUTSCHE POST AG SPONS ADR     Buy  11/20/2018 J
DEUTSCHE POST AG SPONS ADR     Sold  12/27/2018 J A
DEUTSCHE TELEKOM AG SPONSORED ADR A Div J T Sold Part 2/7/2018 J A

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 07/19/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

DEUTSCHE TELEKOM AG SPONSORED ADR    Buy Add'l 4/17/2018 J
DEUTSCHE TELEKOM AG SPONSORED ADR    Sold Part 5/22/2018 J A
DEUTSCHE TELEKOM AG SPONSORED ADR    Buy Add'l 6/26/2018 J
DIAGEO PLC SPONSORED ADR NEW   J T Buy Add'l 7/31/2018 J
DIAGEO PLC SPONSORED ADR NEW    Sold Part 9/5/2018 J A
DIAGEO PLC SPONSORED ADR NEW    Buy Add'l 12/27/2018 J
DNB ASA SPONS ADR REPSTG 10   J T Buy Add'l 5/22/2018 J
DNB ASA SPONS ADR REPSTG 10    Sold Part 11/20/2018 J A
DNB ASA SPONS ADR REPSTG 10    Buy Add'l 12/27/2018 J
DON QUIOTE HOLDINGS ADR   J T
DSV AS ADR   J T
E ON SE SPONSORED ADR   J T Buy  2/7/2018 J
EAST JAPAN ADR   J T
ELBIT SYSTEMS LTD UNSOLICITED ORDER   J T Buy  5/22/2018 J
ELECTRICITE DE FRANCE ADR   J T
ENEL SOCIETA PER AZIONI ADR A Div J T Sold Part 9/5/2018 J A
ENEL SOCIETA PER AZIONI ADR    Sold Part 9/5/2018 J A
ENEL SOCIETA PER AZIONI ADR    Buy Add'l 10/16/2018 J
ENEL SOCIETA PER AZIONI ADR    Buy Add'l 12/27/2018 J
ENGIE SPONS ADR   J T
ENI SPA SPONSORED ADR   J T Buy Add'l 3/13/2018 J
ENI SPA SPONSORED ADR    Buy Add'l 9/13/2018 J
ENI SPA SPONSORED ADR    Sold Part 11/20/2018 J A
EQUINOR ASA SPONSORED ADR    Buy  11/20/2018 J
EQUINOR ASA SPONSORED ADR    Sold  12/27/2018 J A
ERICSSON LM TEL ADR   J T
ESSILOR INTL ADR   J T
ESSITY AB SHS ADR   J T
EXPERIAN PLC SPON ADR   J T
FANUC CORPORATION ADR    Sold Part 10/16/2018 J A
FANUC CORPORATION ADR    Buy Add'l 11/20/2018 J
FANUC CORPORATION ADR    Sold  12/27/2018 J A
FAST RETAILING CO LTD ADR   J T Buy  2/7/2018 J
FERGUSON PLC ADR   J T
FERRARI N V SHS ISIN#NL0011585146   J T
FERROVIAL S A ADR   J T Buy  10/16/2018 J
FIAT CHRYSLER AUTO   J T
FIRST PACIFIC LTD SPON ADR    Buy  5/22/2018 J
FIRST PACIFIC LTD SPON ADR    Sold  6/26/2018 J A
FORTESCUE METALS GROUP LTD SPONS ADR   J T Buy  5/22/2018 J
FORTESCUE METALS GROUP LTD SPONS ADR    Sold Part 6/26/2018 J A
FORTESCUE METALS GROUP LTD SPONS ADR    Buy Add'l 10/16/2018 J
FRESENIUS MED CARE   J T
FRESENIUS SE AND CO ADR   J T
FUCHS PETROLUB SE ADR    Buy  5/22/2018 J
FUCHS PETROLUB SE ADR    Sold  6/26/2018 J A
FUCHS PETROLUB SE ADR    Buy  10/16/2018 J
FUCHS PETROLUB SE ADR    Sold  11/20/2018 J A
FUJIFILM HLDGS CORP ADR 2 ORD   J T Sold Part 5/22/2018 J A
FUJIFILM HLDGS CORP ADR 2 ORD    Buy Add'l 12/27/2018 J
FUJITSU LTD ADR 5 COM   J T Buy  12/27/2018 J
GALP ENERGIA SGPS SA ADR   J T
GEA GROUP AG ADR    Buy  6/26/2018 J
GEA GROUP AG ADR    Sold  10/16/2018 J A
GENMAB A/S SPONSORED ADR   J T
GETINGE AB ADR    Sold Part 4/17/2018 J A
GETINGE AB ADR    Buy Add'l 5/22/2018 J
GETINGE AB ADR    Sold  6/26/2018 J A
GIVAUDAN SA ADR   J T
GLENCORE PLC ADR   J T
GLOBAL LOGISTICS PPTYS C/A EFF 2/1/18    Sold  2/1/2018 J A
GRIFOLS SA SPONS ADR   J T
HANG LUNG PPTYS LTD SPONSORED ADR   J T Buy Add'l 3/13/2018 J
HANNOVER RUECK SE SPONS ADR   J T Buy  11/20/2018 J
HEINEKEN HLDGS NV SPONS ADR   J T Buy  10/16/2018 J
HEINEKEN N V SPONS ADR LEVEL 1    Buy  9/5/2018 J
HEINEKEN N V SPONS ADR LEVEL 1    Sold  10/16/2018 J A

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 07/19/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

HENDERSON LAND DEV LTD SP ADR   J T Buy 2/7/2018 J
HENKEL AG & CO KGAA SPONSORED ADR REPSTG   J T Sold Part 2/7/2018 J A
HENKEL AG & CO KGAA SPONSORED ADR REPSTG   Buy Add'l 6/26/2018 J
HENKEL AG & CO KGAA SPONSORED ADR REPSTG   Sold Part 10/16/2018 J A
HENKEL AG & CO KGAA SPONSORED ADR REPSTG   Buy Add'l 12/27/2018 J
HENNES & MAURITZ AB ADR   J T Buy  3/13/2018 J
HENNES & MAURITZ AB ADR    Sold Part 6/26/2018 J A
HENNES & MAURITZ AB ADR    Buy Add'l 9/5/2018 J
HERMES INTL SCA ADR   J T Buy  11/20/2018 J
HITACHI LTD ADR 10 COM NEW   J T Buy Add'l 12/27/2018 J
HONDA MTR LTD ADR   J T
HONG KONG CHINA GAS   J T
HOYA CORP SPON ADR   J T
HSBC HLDGS PLC SPONS ADR NEW A Div J T Buy Add'l 5/22/2018 J
HSBC HLDGS PLC SPONS ADR NEW    Sold Part 6/26/2018 J A
HSBC HLDGS PLC SPONS ADR NEW    Buy Add'l 10/16/2018 J
HSBC HLDGS PLC SPONS ADR NEW    Sold Part 12/27/2018 J A
HSBC HLDGS PLC SPONS ADR NEW    Sold Part 12/27/2018 J A
HUGO BOSS AG SPONS ADR    Buy  10/16/2018 J
HUGO BOSS AG SPONS ADR    Sold  12/27/2018 J A
IBERDROLA S A SPONSORED ADR A Div J T
IMPERIAL BRANDS PLC SPONSORED ADR    Buy  3/13/2018 J
IMPERIAL BRANDS PLC SPONSORED ADR    Sold 12/27/2018 J A
INDUSTRIA DE DISENO TEXTIL INDITEX SA    Sold 3/13/2018 J A
INDUSTRIA DE DISENO TEXTIL INDITEX SA    Buy 4/17/2018 J
INDUSTRIA DE DISENO TEXTIL INDITEX SA    Sold 10/16/2018 J A
INFINEON TECHNOLOGIES AG   J T Buy Add'l 12/27/2018 J
INFORMA PLC SPONSORED ADR NEW    Buy 6/26/2018 J
INFORMA PLC SPONSORED ADR NEW    Sold 9/5/2018 J A
INFORMA PLC SPONSORED ADR NEW    Buy 11/20/2018 J
INFORMA PLC SPONSORED ADR NEW    Sold 12/27/2018 J A
ING GROEP N V  ADR UNSOLICITED ORDER   J T Sold Part 5/22/2018 J A
ING GROEP N V  ADR UNSOLICITED ORDER    Sold Part 5/22/2018 J A
ING GROEP N V  ADR UNSOLICITED ORDER    Sold Part 10/16/2018 J A
ING GROEP N V  ADR UNSOLICITED ORDER    Buy Add'l 12/27/2018 J
INPEX CORP ADR   J T
INTERCONTINENTAL HTLS GRP PLC NEW   J T Buy 9/5/2018 J
INTESA SANPAOLO S P A SPON ADR A Div J T Buy 9/5/2018 J
INTESA SANPAOLO S P A SPON ADR    Sold Part 10/16/2018 J A
INTESA SANPAOLO S P A SPON ADR    Buy Add'l 11/20/2018 J
INTESA SANPAOLO S P A SPON ADR    Buy Add'l 12/27/2018 J
ISRAEL CHEMICALS LTD SHS   J T
ITOCHU CORP ADR   J T
ITV PLC ADR   J T Sold Part 11/20/2018 J A
J SAINSBURY PLC ADR   J T
JAMES HARDIE INDS NV SPONS ADR   J T Buy  12/27/2018 J
JAPAN AIRLS LTD ADR    Buy  6/26/2018 J
JAPAN AIRLS LTD ADR    Sold  10/16/2018 J A
JAPAN AIRLS LTD ADR    Buy  11/20/2018 J
JAPAN AIRLS LTD ADR    Sold  12/27/2018 J A
JAPAN EXCHANGE GROUP ADR   J T
JAPAN TOB INC ADR   J T Buy  4/17/2018 J
JAPAN TOB INC ADR    Buy Add'l 5/22/2018 J
JAPAN TOB INC ADR    Sold Part 9/5/2018 J A
JAPAN TOB INC ADR    Buy Add'l 10/16/2018 J
JAPAN TOB INC ADR    Sold Part 11/20/2018 J A
JAPAN TOB INC ADR    Buy Add'l 12/27/2018 J
JARDINE STRATEGIC HLDGS LTD BERMUNDA   J T Buy  10/16/2018 J
JGC CORP ADR   J T Buy 6/26/2018 J
JGC CORP ADR    Sold  11/20/2018 J A
JGC CORP ADR    Buy  12/27/2018 J
JULIUS BAER GROUP PLC   J T
KAJIMA CORP ADR ISIN#US4831112093    Buy  6/26/2018 J
KAJIMA CORP ADR ISIN#US4831112093    Sold  9/5/2018 J A
KAO CORP ADR REPSTG 1/5TH COM   J T
KBC GROUP NV ADR   J T Buy 9/5/2018 J
KBC GROUP NV ADR    Sold Part 12/27/2018 J A

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 07/19/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

KDDI CORP ADR    J T Sold Part 2/7/2018 J A
KDDI CORP ADR    Sold Part 2/7/2018 J A
KDDI CORP ADR    Buy Add'l 5/22/2018 J
KDDI CORP ADR    Sold Part 11/20/2018 J A
KDDI CORP ADR    Buy Add'l 12/27/2018 J
KEPPEL LTD ADR    J T
KERING S A ADR A Div J T
KINGFISHER PLC SPONSORED ADR    Sold  9/5/2018 J A
KONE OYJ ADR    J T Sold Part 5/22/2018 J A
KONE OYJ ADR    Buy Add'l 7/31/2018 J
KONE OYJ ADR    Buy Add'l 12/27/2018 J
KONINKLIJKE AHOLD NV SPON ADR    J T
KONINKLIJKE PHILIPS N V    J T
KONINKLIJKE VOPAK NV ADR    J T Buy  12/27/2018 J
KUBOTA CORP ADR FORMERLY KUBOTA LTD    Buy 4/17/2018 J
KUBOTA CORP ADR FORMERLY KUBOTA LTD    Sold  9/5/2018 J A
LAFARGEHOLCIM ADR    J T Buy  4/17/2018 J
LAFARGEHOLCIM ADR    Buy Add'l 6/26/2018 J
LAFARGEHOLCIM ADR    Buy Add'l 9/5/2018 J
LEND LEASE LTD SPONSORED ADR    J T Buy  2/7/2018 J
LINE CORP SPONSORED ADR    J T Buy  12/27/2018 J
LLOYDS BANKING GROUP PLC SPONS ADR    J T Buy Add'l 5/22/2018 J
LLOYDS BANKING GROUP PLC SPONS ADR    Sold Part 6/26/2018 J A
LLOYDS BANKING GROUP PLC SPONS ADR    Sold Part 9/5/2018 J A
LLOYDS BANKING GROUP PLC SPONS ADR    Buy Add'l 10/16/2018 J
LLOYDS BANKING GROUP PLC SPONS ADR    Sold Part 11/20/2018 J A
LONDON STK EXCHANGE GROUP ADR    J T Buy  12/27/2018 J
LOREAL  CO ADR    J T Buy Add'l 3/13/2018 J
LVMH MOET HENNESSY LOUIS VUITTON ADR    J T Buy Add'l 9/13/2018 J
LVMH MOET HENNESSY LOUIS VUITTON ADR    Sold Part 10/16/2018 J A
MACQUARIE GROUP LTD ADR    J T
MAKITA CORP SPONS ADR    Sold  12/27/2018 J A
MARUI GROUP CO ADR    J T
MAZDA MTR CORP ADR    J T Buy Add'l 4/17/2018 J
MAZDA MTR CORP ADR    Buy Add'l 12/27/2018 J
MEDIOBANCA BANCA DI CREDITO FINANZIARIO    J T Buy  6/26/2018 J
MEDIOBANCA BANCA DI CREDITO FINANZIARIO    Sold  11/20/2018 J A
MEDIOBANCA BANCA DI CREDITO FINANZIARIO    Buy  12/27/2018 J
MICHELIN COMPAGNIE GENERALE DES    Buy Add'l 7/31/2018 J
MICHELIN COMPAGNIE GENERALE DES    Sold Part 9/5/2018 J A
MICHELIN COMPAGNIE GENERALE DES    Sold  11/20/2018 J A
MITSUBISHI CORP SPON ADR    J T
MITSUBISHI ELECTRIC CORP ADR    Buy Add'l 9/5/2018 J
MITSUBISHI ELECTRIC CORP ADR    Buy Add'l 9/13/2018 J
MITSUBISHI ELECTRIC CORP ADR    Sold Part 12/27/2018 J A
MITSUBISHI ELECTRIC CORP ADR    Sold  12/27/2018 J A
MITSUBISHI ESTATE LTD ADR    J T Sold Part 3/13/2018 J A
MITSUBISHI ESTATE LTD ADR    Buy Add'l 4/17/2018 J
MITSUBISHI UFJ FINL GROUP INC SPON ADR    J T Buy Add'l 5/22/2018 J
MITSUBISHI UFJ FINL GROUP INC SPON ADR    Sold Part 6/26/2018 J A
MITSUBISHI UFJ FINL GROUP INC SPON ADR    Sold Part 6/26/2018 J A
MITSUBISHI UFJ FINL GROUP INC SPON ADR    Sold Part 6/26/2018 J A
MITSUBISHI UFJ FINL GROUP INC SPON ADR    Buy Add'l 7/31/2018 J
MITSUBISHI UFJ FINL GROUP INC SPON ADR    Sold Part 9/5/2018 J A
MITSUBISHI UFJ FINL GROUP INC SPON ADR    Buy Add'l 10/16/2018 J
MITSUBISHI UFJ FINL GROUP INC SPON ADR    Buy Add'l 11/20/2018 J
MITSUI & CO LTD ADR    Buy  6/26/2018 J
MITSUI & CO LTD ADR    Sold  12/27/2018 J A
MIZUHO FINANCIAL GROUP INC SPON ADR    J T Buy Add'l 4/17/2018 J
MIZUHO FINANCIAL GROUP INC SPON ADR    Sold Part 6/26/2018 J A
MIZUHO FINANCIAL GROUP INC SPON ADR    Sold Part 6/26/2018 J A
MIZUHO FINANCIAL GROUP INC SPON ADR    Buy Add'l 9/5/2018 J
MIZUHO FINANCIAL GROUP INC SPON ADR    Buy Add'l 9/13/2018 J
MS&AD INS GROUP HLDGS ADR    J T Buy  12/27/2018 J
MUNICH RE GROUP ADR A Div J T
MURATA MFG CO LTD ADR    J T Buy Add'l 2/7/2018 J
MURATA MFG CO LTD ADR    Sold Part 4/17/2018 J A

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

MURATA MFG CO LTD ADR    Buy Add'l 5/22/2018 J
MURATA MFG CO LTD ADR    Sold Part 12/27/2018 J A
NATIONAL AUSTRALIA BANK LTD ADRS    J T Sold Part 5/22/2018 J A
NATIONAL AUSTRALIA BANK LTD ADRS    Buy Add'l 6/26/2018 J
NATIONAL AUSTRALIA BANK LTD ADRS    Buy Add'l 9/5/2018 J
NATIONAL AUSTRALIA BANK LTD ADRS    Sold Part 10/16/2018 J A
NATIONAL AUSTRALIA BANK LTD ADRS    Sold Part 10/16/2018 J A
NATIONAL AUSTRALIA BANK LTD ADRS    Buy Add'l 11/20/2018 J
NATIONAL AUSTRALIA BANK LTD ADRS    Buy Add'l 12/27/2018 J
NATIONAL GRID PLC SPON ADR NEW 2017    Buy 9/5/2018 J
NATIONAL GRID PLC SPON ADR NEW 2017    Sold 12/27/2018 J A
NESTLE SA SPONSORED ADR REPSTG A Div K T Sold Part 4/17/2018 J A
NESTLE SA SPONSORED ADR REPSTG    Buy Add'l 5/22/2018 J
NESTLE SA SPONSORED ADR REPSTG    Sold Part 6/26/2018 J A
NESTLE SA SPONSORED ADR REPSTG    Sold Part 6/26/2018 J A
NESTLE SA SPONSORED ADR REPSTG    Buy Add'l 7/31/2018 J
NEWCREST MINING LTD ADR    J T Sold Part 9/5/2018 J A
NEWCREST MINING LTD ADR    Buy Add'l 12/27/2018 J
NICE SYSTEMS LTD SPONS ADR    J T
NIDEC CORP SPONS ADR UNSOLICITED ORDER    J T Buy Add'l 12/27/2018 J
NIKON CORP ADR    J T
NIPPON TELEG & TELEPHONE CORP    J T Sold Part 2/7/2018 J A
NIPPON TELEG & TELEPHONE CORP    Buy Add'l 3/13/2018 J
NIPPON TELEG & TELEPHONE CORP    Sold Part 9/5/2018 J A
NIPPON TELEG & TELEPHONE CORP    Buy Add'l 12/27/2018 J
NISSAN MOTOR LTD SPON ADR    Buy 6/26/2018 J
NISSAN MOTOR LTD SPON ADR    Sold 10/16/2018 J A
NITTO DENKO CORP ADR    J T Buy 12/27/2018 J
NOKIA CORP SPONSORED ADR    J T Buy 6/26/2018 J
NOKIA CORP SPONSORED ADR    Sold Part 7/31/2018 J A
NOKIA CORP SPONSORED ADR    Buy Add'l 9/5/2018 J
NOKIA CORP SPONSORED ADR    Buy Add'l 12/27/2018 J
NOMURA HLDGS INC SPONSORED ADR    J T Sold Part 6/26/2018 J A
NOMURA HLDGS INC SPONSORED ADR    Buy Add'l 11/20/2018 J
NORDEA BK AB SWEDEN SPONSORED ADR A Div    Sold 4/17/2018 J A
NORDEA BK AB SWEDEN SPONSORED ADR    Sold 5/22/2018 J A
NORDEA BK AB SWEDEN SPONSORED ADR    Buy 6/26/2018 J
NORDEA BK ABP SPONSORED ADR    Sold 12/27/2018 J A
NOVOZYMES A/S SPONSORED ADR    J T Buy 12/27/2018 J
NSK LTD SPONSORED ADR    Sold 6/26/2018 J A
NTT DOCOMO INC ADR    J T
NXP SEMICONDUCTORS NV COM    Buy 5/22/2018 J
NXP SEMICONDUCTORS NV COM    Sold 9/5/2018 J A
NXP SEMICONDUCTORS NV COM    Buy 10/16/2018 J
NXP SEMICONDUCTORS NV COM    Sold 12/27/2018 J A
OIL SEARCH LTD SPONSORED ADR    J T Buy 12/27/2018 J
OLYMPUS CORP SPON ADR    J T
OMRON CORP SPONSORED ADR    Buy 11/20/2018 J
OMRON CORP SPONSORED ADR    Sold 12/27/2018 J A
ORANGE SPONSORED ADR ISIN#US6840601065    Buy 2/7/2018 J
ORANGE SPONSORED ADR ISIN#US6840601065    Sold 9/5/2018 J A
ORANGE SPONSORED ADR ISIN#US6840601065    J T
ORIX CORP SPON ADR    J T
PADDY PWR BETFAIR PLC ADR NEW    Sold 4/17/2018 J A
PADDY PWR BETFAIR PLC ADR NEW    Buy 5/22/2018 J
PADDY PWR BETFAIR PLC ADR NEW    Sold 6/26/2018 J A
PADDY PWR BETFAIR PLC ADR NEW    Buy 7/31/2018 J
PADDY PWR BETFAIR PLC ADR NEW    Sold 9/5/2018 J A
PADDY PWR BETFAIR PLC ADR NEW    Buy 10/16/2018 J
PADDY PWR BETFAIR PLC ADR NEW    Sold 12/27/2018 J A
PANASONIC CORP ADR    Buy 10/16/2018 J
PANASONIC CORP ADR    Sold 11/20/2018 J A
PARK24 CO LTD SPONSORED ADR    J T Buy 12/27/2018 J
PEARSON PLC SPON ADR(X)    J T
PERNOD RICARD S A ADR    J T
PORSCHE AUTOMOBIL HLDG SE ADR    Buy 10/16/2018 J
PORSCHE AUTOMOBIL HLDG SE ADR    Sold 12/27/2018 J A

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 07/19/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PROSIEBENSAT 1 MEDIA SE ADR   J T Sold Part 6/26/2018 J A
PROSIEBENSAT 1 MEDIA SE ADR     Buy Add'l 10/16/2018 J
PROSIEBENSAT 1 MEDIA SE ADR     Sold Part 11/20/2018 J A
PROSIEBENSAT 1 MEDIA SE ADR     Buy Add'l 12/27/2018 J
PRUDENTIAL PLC ADR UNSOLICITED ORDER(X)     Sold  12/27/2018 J A
PUBLICIS S A NEW SPONS ADR     Buy 9/5/2018 J
PUBLICIS S A NEW SPONS ADR     Sold  12/27/2018 J A
QBE INS GROUP LTD SPONS ADR     Buy  5/22/2018 J
QBE INS GROUP LTD SPONS ADR     Sold  6/26/2018 J A
QBE INS GROUP LTD SPONS ADR     Buy  9/5/2018 J
QBE INS GROUP LTD SPONS ADR     Buy  10/16/2018 J
QBE INS GROUP LTD SPONS ADR     Sold  12/27/2018 J A
RAKUTEN INC ADR   J T Buy  3/13/2018 J
RAKUTEN INC ADR     Buy Add'l 6/26/2018 J
RANDGOLD RES LTD ADR   J T Buy  7/31/2018 J
RANDGOLD RES LTD ADR     Sold  9/5/2018 J A
RANDGOLD RES LTD ADR     Buy  10/16/2018 J
RECKITT BENCKISER PLC SPONSORED ADR   J T Buy  4/17/2018 J
RECKITT BENCKISER PLC SPONSORED ADR     Buy Add'l 10/16/2018 J
RECKITT BENCKISER PLC SPONSORED ADR     Sold Part 12/27/2018 J A
RED ELECTRA DE ESPANA SA ADR   J T
RELX PLC SPONSORED ADR   J T
RENAULT S A ADR   J T Buy 9/5/2018 J
RESPOL YPF SA ADR   J T
RIO TINTO PLC SPON ADR A Div J T
ROLLS ROYCE HLDGS PLC SPONS ADR   J T Buy  3/13/2018 J
ROLLS ROYCE HLDGS PLC SPONS ADR     Sold Part 5/22/2018 J A
ROLLS ROYCE HLDGS PLC SPONS ADR     Buy Add'l 12/27/2018 J
ROYAL BK SCOTLAND GROUP PLC SPON ADR     Buy Add'l 9/5/2018 J
ROYAL BK SCOTLAND GROUP PLC SPON ADR     Sold Part 11/20/2018 J A
ROYAL BK SCOTLAND GROUP PLC SPON ADR(X)     Buy Add'l 4/17/2018 J
ROYAL DUTCH SHELL PLC SPONSORED ADR A Div J T Buy  12/27/2018 J
RSA INS GROUP PLC SPONS ADR   J T Buy  12/27/2018 J
RWE AG SPONSORED ADR UNSOLICITED ORDER   J T Buy  2/7/2018 J
RYANAIR HLDGS PLC SPONSORED ADR NEW   J T Buy  12/27/2018 J
RYOHIN KEIKAKU CO LTD ADR(X)   J T
SAFRAN S A ADR(X)   J T
SAGE GROUP PLC ADR NEW   J T Buy  10/16/2018 J
SAMPO OYJ ADR   J T Buy  12/27/2018 J
SANDS CHINA LTD ADR(X)   J T
SANDVIK AB ADR   J T
SAP AE SPONSORED ADR   J T Buy Add'l 3/13/2018 J
SAP AE SPONSORED ADR     Buy Add'l 9/13/2018 J
SAP AE SPONSORED ADR     Sold Part 12/27/2018 J A
SCHNEIDER UNSP ADR SHS UNSPONSORED     Buy Add'l 11/20/2018 J
SCHNEIDER UNSP ADR SHS UNSPONSORED     Sold Part 12/27/2018 J A
SCOR SPONSORED ADR REPSTG ORD SHS     Sold Part 6/26/2018 J A
SCOR SPONSORED ADR REPSTG ORD SHS(X)   J T Buy Add'l 5/22/2018 J
SECOM LTD ADR UNSOLICITED ORDER   J T Buy Add'l 12/27/2018 J
SEIKO EPSON CORP UNSPONSORED ADR     Buy  4/17/2018 J
SEIKO EPSON CORP UNSPONSORED ADR     Sold  6/26/2018 J A
SEKISUI HOUSE LTD SPONSORED ADR   J T Buy  9/5/2018 J
SEKISUI HOUSE LTD SPONSORED ADR     Sold  10/16/2018 J A
SEKISUI HOUSE LTD SPONSORED ADR     Buy  12/27/2018 J
SEVEN & I HOLDINGS CO LTD ADR   J T
SGS  SA ADR   J T
SHIMANO SHS UNSPONSORED ADR   J T Buy  12/27/2018 J
SHIRE PLC SPONS ADR   J T Sold Part 12/27/2018 J A
SHIRE PLC SPONS ADR     Sold Part 12/27/2018 J A
SHISEIDO LTD ADR(X)   J T
SIEMENS A G SPONSORED ADR A Div J T Buy Add'l 5/22/2018 J
SIEMENS A G SPONSORED ADR     Sold Part 9/5/2018 J A
SIEMENS A G SPONSORED ADR     Sold Part 9/5/2018 J A
SIEMENS A G SPONSORED ADR     Sold Part 10/16/2018 J A
SIEMENS A G SPONSORED ADR     Buy Add'l 12/27/2018 J
SINGAPORE EXCHANGE LTD ADR(X)   J T
SINGAPORE TELECOMMUNICATIONS     Buy  5/22/2018 J

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 07/19/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

SINGAPORE TELECOMMUNICATIONS    Sold  6/26/2018 J A
SKANDINAVISKA ENSKILDA BANKEN   J T Buy  12/27/2018 J
SKY PLC SPONSORED ADR    Buy  9/13/2018 J
SKY PLC SPONSORED ADR    Sold  10/16/2018 J A
SKY PLC SPONSORED ADR    Sold  12/28/2018 J A
SMC CORP JAPAN SPONSORED ADR(X)   J T Buy Add'l 12/27/2018 J
SMITH & NEPHEW PLC SPON ADR   J T
SMURFIT KAPPA GROUP PLC ADR   J T Buy  9/5/2018 J
SOCIETE GENERALE FRANCE SPON ADR    Buy  9/5/2018 J
SOCIETE GENERALE FRANCE SPON ADR    Sold  11/20/2018 J A
SODEXHO SPON ADR   J T Buy Add'l 6/26/2018 J
SOFTBANK CORP ADR   J T Buy Add'l 2/7/2018 J
SOFTBANK CORP ADR    Sold Part 4/17/2018 J A
SOFTBANK CORP ADR    Sold Part 4/17/2018 J A
SONIC HEALTHCARE LTD SPON ADR(X)   J T
SONOVA HOLDING AG ADR   J T
SONY CORP ADR   J T
SOUTH32 LTD SPON ADR(X)   J T
SSE PLC SPONSORED ADR    Sold Part 2/7/2018 J A
SSE PLC SPONSORED ADR    Buy Add'l 7/31/2018 J
SSE PLC SPONSORED ADR    Buy Add'l 9/13/2018 J
SSE PLC SPONSORED ADR    Sold  10/16/2018 J A
SUBARU CORP ADR   J T Buy Add'l 6/26/2018 J
SUBARU CORP ADR    Sold Part 11/20/2018 J A
SUBARU CORP ADR    Buy Add'l 12/27/2018 J
SUMITOMO CORP SPON ADR   J T
SUMITOMO MITSUI FINL GROUP INC SPONS ADR   J T Buy Add'l 4/17/2018 J
SUMITOMO MITSUI FINL GROUP INC SPONS ADR    Sold Part 6/26/2018 J A
SUMITOMO MITSUI FINL GROUP INC SPONS ADR    Buy Add'l 9/13/2018 J
SUMITOMO MITSUI TR HOLDINGS ADR   J T
SUN HUNG KAI PPTYS ADR   J T
SUNTORY BEVERAGE & FOOD ADR(X)   J T
SUZUKI MTR CORP ADR   J T Buy  9/5/2018 J
SUZUKI MTR CORP ADR    Sold  10/16/2018 J A
SUZUKI MTR CORP ADR    Buy  11/20/2018 J
SUZUKI MTR CORP ADR    Buy Add'l 12/27/2018 J
SVENSKA HANDELSBANKEN AB   J T Buy Add'l 5/22/2018 J
SVENSKA HANDELSBANKEN AB    Buy Add'l 6/26/2018 J
SWATCH GROUP AG ADR   J T Buy Add'l 6/26/2018 J
SWATCH GROUP AG ADR    Buy Add'l 10/16/2018 J
SWEDBANK A B SPONS ADR   J T Buy  4/17/2018 J
SWIRE PACIFIC LTD ADR   J T
SWISS RE LTD SPONS ADR A Div J T
SWISSCOM SPON ADR   J T
SYMRISE AG ADR(X)   J T
SYSMEX CORP ADR   J T
TDK CORP AMERICAN DEP(X)   J T
TECHTRONICS IND LTD SPON ADR(X)   J T
TELECOM ITALIA S P A NEW SPONS ADR    Buy  9/5/2018 J
TELECOM ITALIA S P A NEW SPONS ADR    Sold  12/27/2018 J A
TELEFONICA S A ADR SPONS ADR   J T Buy  9/5/2018 J
TELEFONICA S A ADR SPONS ADR    Buy  9/13/2018 J
TELSTRA LTD SPON ADR FINAL    Buy  2/7/2018 J
TELSTRA LTD SPON ADR FINAL    Sold  4/17/2018 J A
TELSTRA LTD SPON ADR FINAL    Buy  5/22/2018 J
TELSTRA LTD SPON ADR FINAL    Sold  6/26/2018 J A
TELSTRA LTD SPON ADR FINAL    Buy  10/16/2018 J
TELSTRA LTD SPON ADR FINAL    Sold Part 12/27/2018 J A
TELSTRA LTD SPON ADR FINAL    Sold  12/27/2018 J A
TERNA RETE ELECTRICA NAZIONALE SPA ADR   J T
TESCO PLC SPON ADR(X)   J T
THK CO LTD ADR   J T Buy  12/27/2018 J
TOKIO MARINE HLDGS INC ADR   J T Buy Add'l 6/26/2018 J
TOKIO MARINE HLDGS INC ADR    Buy Add'l 9/13/2018 J
TORAY INDS INC ADR ISIN#US8908802064   J T Buy  10/16/2018 J
TOSHIBA CORP ADR(X)   J T Buy Add'l 12/27/2018 J
TOTAL S A SPONSORED ADR A Div J T Buy Add'l 12/27/2018 J

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

TOYOTA MTR CO ADR A Div J T
TREASURY WINE ESTATES LTD SPONS ADR(X)   J T
TREND MICRO INC SPONS ADR(X)   J T
UBS GROUP AG SHS   J T Buy Add'l 6/26/2018 J
UMICORE GROUP ADR     Buy  10/16/2018 J
UNIBAIL RODAMCO SE ADR SE ADR C/A EFF A Div   Sold  6/29/2018 J A
UNICHARM CORP SPONS ADR   J T
UNICREDIT SPA ADR NEW 2017   J T Buy  7/31/2018 J
UNICREDIT SPA ADR NEW 2017     Sold  9/5/2018 J A
UNICREDIT SPA ADR NEW 2017     Buy  10/16/2018 J
UNICREDIT SPA ADR NEW 2017     Sold  11/20/2018 J A
UNICREDIT SPA ADR NEW 2017     Buy  12/27/2018 J
UNILEVER NV NEW YORK  A Div J T
UNILEVER PLC SPON ADR   J T
UNITED OVERSEAS BK LTD   SPON ADR   J T
UNITED UTILS GROUP PLC SPON ADR   J T Buy  12/27/2018 J
UPM KYMMENE CORP SPONSORED ADR   J T Sold Part 12/27/2018 J A
VALEO SPON ADR UNSOLICITED ORDER   J T Buy  9/5/2018 J
VALEO SPON ADR UNSOLICITED ORDER     Sold Part 10/16/2018 J A
VEOLIA ENVIRONMENT SPONSORED ADR   J T Buy  2/7/2018 J
VESTAS WIND SYS A/S UTD KINGDOM   J T Buy  6/26/2018 J
VINCI S A ADR   J T Buy  10/16/2018 J
VINCI S A ADR     Sold Part 12/27/2018 J A
VIVIENDI SA ADR   J T
VODAFONE GROUP PLC NEW SPONSORED ADR A Div J T Sold Part 5/22/2018 J A
VODAFONE GROUP PLC NEW SPONSORED ADR     Sold Part 5/22/2018 J A
VODAFONE GROUP PLC NEW SPONSORED ADR     Sold  10/16/2018 J A
VODAFONE GROUP PLC NEW SPONSORED ADR     Buy  11/20/2018 J
VOLKSWAGEN AG ADR(X)   J T
WESFARMERS LTD ADR NEW 2014   J T Buy  4/17/2018 J
WEST JAPAN RY CO ADR(X)   J T
WESTFIELD CORP SPONSORED ADR REPSTG     Sold  5/3/2018 J A
WESTPAC BANKING CORP ADR A Div   Sold Part 5/22/2018 J A
WESTPAC BANKING CORP ADR     Buy Add'l 6/26/2018 J
WESTPAC BANKING CORP ADR     Sold Part 9/5/2018 J A
WESTPAC BANKING CORP ADR     Buy Add'l 10/16/2018 J
WESTPAC BANKING CORP ADR     Sold Part 11/20/2018 J A
WESTPAC BANKING CORP ADR     Sold  12/27/2018 J A
WHARF HLDGS LTD ADR   J T Buy  5/22/2018 J
WHARF HLDGS LTD ADR     Buy Add'l 6/26/2018 J
WILMAR INTL LTD ADR   J T Buy  7/31/2018 J
WIRECARD AG ADR REPSTG COM STK     Buy  9/5/2018 J
WIRECARD AG ADR REPSTG COM STK     Sold  10/16/2018 J A
WOLTERS KLUWER NV SPON ADR   J T
WOODSIDE PETE LTD SPON ADR     Buy Add'l 9/13/2018 J
WOODSIDE PETE LTD SPON ADR     Sold Part 11/20/2018 J A
WOODSIDE PETE LTD SPON ADR     Buy Add'l 12/27/2018 J
WOODSIDE PETE LTD SPON ADR(X)   J T Buy  7/31/2018 J
WORLDPAY GROUP PLC ADR C/A EFF 2/14/18(X)     Sold  2/14/2018 J A
WPP PLC NEW ADR   J T Sold Part 6/26/2018 J A
WPP PLC NEW ADR     Buy Add'l 7/31/2018 J
WPP PLC NEW ADR     Sold  10/16/2018 J A
WPP PLC NEW ADR     Buy  11/20/2018 J
YAHOO JAPAN CORP ADR   J T Sold  5/22/2018 J A
YAHOO JAPAN CORP ADR     Buy  6/26/2018 J
YAHOO JAPAN CORP ADR     Sold  11/20/2018 J A
YAHOO JAPAN CORP ADR     Buy  12/27/2018 J
YARA INTL ASA SPONSORED ADR   J T Buy  7/31/2018 J
YASKAWA ELEC CORP ADR(X)   J T
ZURICH INS GROUP LTD SPONSORED ADR A Div J T

BROKERAGE #5,  Part VII, Line 63

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 07/19/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Income During Reporting Period  Gross Value at End of Reporting Period

Description of Assets  Amount Code  Type  Value Code  Value Method Code  Type  Transaction Date  Value Code  Gain Code

3M CO COM UNSOLICITED ORDER    J T Sold part 7/12/2018 J A

3M CO COM UNSOLICITED ORDER        Sold part 7/12/2018 J A

3M CO COM UNSOLICITED ORDER        Buy 8/13/2018 J

3M CO COM UNSOLICITED ORDER        Buy add'l 10/11/2018 J

ABAXIS INC COM CASH MERGER EFF        Sold 8/1/2018 J A

ABBVIE INC COM    J T

ACADIA RLTY TR COM UNSOLICITED ORDER    J T Sold part 1/11/2018 J A

ACADIA RLTY TR COM UNSOLICITED ORDER        Buy add'l 2/12/2018 J

ACCENTURE PLC IRELAND CLASS SHS    J T

ACTIVISION BLIZZARD INC COM    J T Sold part 11/12/2018 J A

ACTIVISION BLIZZARD INC COM        Buy add'l 12/13/2018 J

ADIENT PLC SHS    J T Buy 7/12/2018 J

ADIENT PLC SHS        Sold part 8/13/2018 J A

ADOBE SYS INC COM    J T

ADVANCED ENERGY INDS COM    J T Buy 12/13/2018 J

ADVANCED MICRO DEVICES INC COM    J T Buy 4/16/2018

AES CORP COM UNSOLICITED ORDER    J T Buy 3/16/2018 J

AETNA INC NEW COM C/A EFF 11/29/18 1        Sold 11/29/2018 J A

AFLAC INC COM UNSOLICITED ORDER    J T Buy add'l 12/13/2018 J

AGILENT TECHNOLOGIES INC COM    J T

AGREE RLTY CORP COM  (X)    J T

AIR PRODS & CHEMS INC COM    J T

ALEXION PHARMACEUTICALS INC    J T Buy 1/11/2018 J

ALEXION PHARMACEUTICALS INC        Sold part 2/12/2018 J A

ALEXION PHARMACEUTICALS INC        Buy add'l 3/16/2018 J

ALEXION PHARMACEUTICALS INC        Sold part 4/16/2018 J A

ALIGN TECHNOLOGY INC COM(X)    J T

ALLIANT ENERGY CORP COM    J T Sold part 1/11/2018 J A

ALLSTATE CORP COM    J T

ALPHABET INC CAP STK CL C    J T

ALPHABET INC CL A    K T

ALTRIA GROUP INC COM UNSOLICITED ORDER A Div    Sold part 5/17/2018 J A

ALTRIA GROUP INC COM UNSOLICITED ORDER        Sold part 5/17/2018 J A

ALTRIA GROUP INC COM UNSOLICITED ORDER        Sold part 5/17/2018 J A

ALTRIA GROUP INC COM UNSOLICITED ORDER        Buy add'l 7/12/2018 J

ALTRIA GROUP INC COM UNSOLICITED ORDER        Buy add'l 8/13/2018 J

ALTRIA GROUP INC COM UNSOLICITED ORDER        Sold 12/13/2018 J A

ALTRIA GROUP INC COM UNSOLICITED ORDER        Sold 12/13/2018 J A

AMAZON COM INC    J T

AMDOCS LTD SHS        Buy 11/12/2018 J

AMDOCS LTD SHS        Sold 12/13/2018 J A

AMERICAN EXPRESS COMPANY    J T

AMERICAN INTL GROUP INC COM NEW    J T Sold part 3/16/2018 J A

AMERICAN INTL GROUP INC COM NEW        Sold 3/16/2018 J A

AMERICAN INTL GROUP INC COM NEW        Buy 10/11/2018 J

AMERICAN INTL GROUP INC COM NEW        Sold 11/12/2018 J A

AMERICAN INTL GROUP INC COM NEW        Buy 12/13/2018 J

AMERICAN TOWER REIT COM    J T

AMERISAFE INC COM    J T

AMERISOURCE BERGEN CORP COM    J T

AMETEK INC NEW COM    J T

AMGEN INC COM A Div J T Buy add'l 2/12/2018 J

AMGEN INC COM        Buy add'l 5/17/2018 J

AMPHENOL CORP NEW CL A    J T

ANADARKO PETE CORP COM    J T

ANALOG DEVICES INC COM    J T

ANNALY CAP MGMT INC COM    J T Buy 5/17/2018 J

ANTHEM INC COM    J T

AON PLC SHS CL A    J T

APPLE INC COM A Div J T

APPLIED MATERIALS INC    J T Buy add'l 11/12/2018 J

AQUA AMER INC COM    J T

AT&T INC COM UNSOLICITED ORDER A Div J T Buy 1/11/2018 J

AT&T INC COM UNSOLICITED ORDER        Sold part 2/12/2018 J A

AT&T INC COM UNSOLICITED ORDER        Buy add'l 3/16/2018 J

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 07/19/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

AT&T INC COM UNSOLICITED ORDER　　Sold part 5/17/2018 J A
AT&T INC COM UNSOLICITED ORDER　　Sold part 5/17/2018 J A
AT&T INC COM UNSOLICITED ORDER　　Buy add'l 8/13/2018 J
AT&T INC COM UNSOLICITED ORDER　　Sold part 10/11/2018 J A
AT&T INC COM UNSOLICITED ORDER　　Buy add'l 11/12/2018 J
ATHENE HLDG LTD CL A　 J T Buy 4/16/2018 J
ATHENE HLDG LTD CL A　　Sold 7/12/2018 J A
ATHENE HLDG LTD CL A　　Buy 12/13/2018 J
AUTOMATIC DATA PROCESSING INC COM　 J T
AVALONBAY CMNTYS INC COM　 J T Sold part 1/11/2018 J A
AVALONBAY CMNTYS INC COM　　Buy 2/12/2018 J
AVISTA CORP COM　 J T
AXIS CAPITAL HLDGS LTD SHS　 J T Buy 1/11/2018 J
BAKER HUGHES A GE CO CL A　　Buy 2/12/2018 J
BAKER HUGHES A GE CO CL A　　Sold 12/13/2018 J A
BALL CORP COM(X)　 J T
BANK OF AMERICA CORPORATION COM A Div J T
BANK OF NEW YORK MELLON CORP COM　 J T
BANK OZK LITTLE ROCK ARK COM　 J T Buy 12/13/2018 J
BARD C R INC C/A EFF 12/29/17 1 OLD / USD　　Sold 1/2/2018 J A
BB&T CORP COM UNSOLICITED ORDER　 J T Buy 12/13/2018 J
BECTON DICKINSON & CO　 J T
BERKSHIRE HATHAWAY INC DEL CL B NEW　 K T Buy add'l 12/13/2018 J
BEST BUY INC COM(X)　 J T
BIO RAD LABS INC CL A　　Sold 2/12/2018 J A
BIOGEN IDEC INC COM　 J T Sold 3/16/2018 J A
BIOGEN IDEC INC COM　　Buy add'l 4/16/2018 J
BIOMARIN PHARMACEUTICAL INC　 J T Buy 4/16/2018 J
BIO-TECHNE CORP COM　 J T
BIOVERATIV INC COM CASH TENDER　　Sold 3/8/2018 J A
BLACKROCK INC COM　 J T
BOEING CO COM　 J T
BOOKING HLDGS INC COM　 J T
BOSTON SCIENTIFIC CORP　 J T Sold part 1/11/2018 J A
BRIGHTHOUSE FINL INC COM　　Buy 3/16/2018 J
BRIGHTHOUSE FINL INC COM　　Sold 4/16/2018 J A
BRIGHTHOUSE FINL INC COM　　Buy 5/17/2018 J
BRIGHTHOUSE FINL INC COM　　Sold 7/12/2018 J A
BRIGHTHOUSE FINL INC COM　　Buy 8/13/2018 J
BRIGHTHOUSE FINL INC COM　　Sold 12/13/2018 J A
BRIXMOR PPTY GROUP INC COM　 J T Sold 1/11/2018 J A
BRIXMOR PPTY GROUP INC COM　　Buy 2/12/2018 J
BROADCOM INC COM UNSOLICITED ORDER　 J T Sold 8/13/2018 J A
BROADCOM INC COM UNSOLICITED ORDER　　Buy 10/11/2018 J
BROOKLINE BANCORP INC DEL COM(X)　 J T
BROWN FORMAN CORP CL UNSOLICITED ORDER　　Buy 5/17/2018 J
BROWN FORMAN CORP CL UNSOLICITED ORDER　　Sold 7/12/2018 J A
BURLINGTON STORES INC COM(X)　 J T
CALGON CARBON CORP COM(X)　　Sold 3/9/2018 J A
CAPITAL ONE FINL CORP COM　 J T
CAPITOL FED FINL INC COM　　Sold 4/16/2018 J A
CARDINAL HEALTH INC COM　 J T Buy 2/12/2018 J
CARDINAL HEALTH INC COM　　Sold 4/16/2018 J A
CARDINAL HEALTH INC COM　　Buy 8/13/2018 J
CARNIVAL CORP　 J T Buy add'l 10/11/2018
CATERPILLAR INC COM　 J T
CBS CORP NEW CL B UNSOLICITED ORDER　 J T Buy 4/16/2018 J
CELGENE CORP UNSOLICITED ORDER　 J T Buy 1/11/2018 J
CELGENE CORP UNSOLICITED ORDER　　Sold 2/12/2018 J A
CELGENE CORP UNSOLICITED ORDER　　Buy 4/16/2018 J
CELGENE CORP UNSOLICITED ORDER　　Sold 5/17/2018 J A
CELGENE CORP UNSOLICITED ORDER　　Buy 7/12/2018 J
CELGENE CORP UNSOLICITED ORDER　　Sold 11/12/2018 J A
CELGENE CORP UNSOLICITED ORDER　　Buy 12/13/2018 J
CENTENE CORP DEL COM(X)　 J T
CENTURYLINK INC COM UNSOLICITED ORDER A Div J T Sold part 1/11/2018 J A
CHARLES RIV LABORATORIES INTL　 J T

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 07/19/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

CHARTER COMMUNICATIONS INC   J T Sold 5/17/2018 J A
CHARTER COMMUNICATIONS INC       Buy  7/12/2018 J
CHEVRON CORP NEW COM A Div J T
CHUBB LTD COM    J T Sold part 7/12/2018 J A
CHUBB LTD COM       Buy add'l 11/12/2018 J
CHURCH & DWIGHT CO INC    J T Buy 5/17/2018 J
CIGNA CORP COM UNSOLICITED ORDER    J T Sold part 3/16/2018 J A
CINCINNATI BELL INC NEW COM       Buy  2/12/2018 J
CINCINNATI BELL INC NEW COM       Sold  4/16/2018 J A
CISCO SYSTEMS INC A Div J T
CITIGROUP INC COM NEW    J T Sold part 12/13/2018 J A
CITIZENS FINL GROUP INC COM(X)    J T
CITRIX SYSTEMS INC    J T
CLEARWATER PAPER CORP COM    J T Buy 3/16/2018 J
CLEARWATER PAPER CORP COM       Sold part 5/17/2018 J A
CLOROX CO COM       Sold part 3/16/2018 J A
CLOROX CO COM       Sold  5/17/2018 J A
CME GROUP INC COM    J T
CMS ENERGY CORP UNSOLICITED ORDER    J T Sold part 1/11/2018 J A
COCA COLA BOTTLING CO CONS COM    J T Buy 5/17/2018 J
COCA COLA COMPANY UNSOLICITED ORDER    J T Sold part 2/12/2018 J A
COCA COLA COMPANY UNSOLICITED ORDER       Sold part 5/17/2018 J A
COCA COLA COMPANY UNSOLICITED ORDER       Buy add'l 12/13/2018 J
COGENT COMMUNICATIONS HLDGS       Sold 2/12/2018 J A
COGNIZANT TECHNOLOGY SOLUTIONS CORP CL A    J T
COLGATE PALMOLIVE CO COM       Sold part 5/17/2018 J A
COLGATE PALMOLIVE CO COM       Sold part 5/17/2018 J A
COLGATE PALMOLIVE CO COM       Sold  5/17/2018 J A
COMCAST CORP CL A UNSOLICITED ORDER    J T Sold 4/16/2018 J A
COMCAST CORP CL A UNSOLICITED ORDER       Buy 5/17/2018 J
COMCAST CORP CL A UNSOLICITED ORDER       Sold part 7/12/2018 J A
COMMSCOPE HLDG CO INC COM       Buy  8/13/2018 J
COMMSCOPE HLDG CO INC COM       Sold  10/11/2018 J A
CONDUENT INC COM       Buy  11/12/2018 J
CONDUENT INC COM    Sold  12/13/2018 J A
CONOCOPHILLIPS COM    J T
CONSOLIDATED COMMUNICATIONS HLDGS COM    J T Buy 2/12/2018
CONSOLIDATED COMMUNICATIONS HLDGS COM       Buy add'l 5/17/2018
CONSTELLATION BRANDS INC CL A    J T Buy add'l 5/17/2018 J
CONSTELLATION BRANDS INC CL A       Sold part 11/12/2018 J A
COOPER COS INC COM NEW    J T Sold 4/16/2018 J A
COOPER COS INC COM NEW    Buy 12/13/2018
CORNING INC COM  (X)    J T
COSTCO WHOLESALE CORP NEW COM    J T
COTY INC COM CL A       Buy 8/13/2018 J
COTY INC COM CL A       Sold  11/12/2018 J A
CRANE COMPANY    J T
CROWN CASTLE INTL CORP NEW COM    J T
CSX CORP COM    J T
CUMMINS INC UNSOLICITED ORDER       Sold  5/17/2018 J A
CUMMINS INC UNSOLICITED ORDER       Buy  10/11/2018 J
CUMMINS INC UNSOLICITED ORDER       Sold  12/13/2018 J A
CURTISS WRIGHT CORP(X)    J T
CVS HEALTH CORP COM    J T Sold part 4/16/2018 J A
CVS HEALTH CORP COM       Buy add'l 5/17/2018 J
DANAHER CORP COM    J T
DAVITA INC COM    J T
DDR CORP COM UNSOLICITED ORDER       Buy  1/11/2018 J
DDR CORP COM UNSOLICITED ORDER       Sold  2/12/2018 J A
DEERE & CO    J T
DELTA AIRLINES INC COM NEW    J T
DEXCOM INC COM(X)    J T
DIEBOLD NIXDORF INC COM       Buy  1/11/2018 J
DIEBOLD NIXDORF INC COM       Sold  2/12/2018 J A
DISCOVER FINL SVCS COM INC    J T
DISH NETWORK CORP CL UNSOLICITED ORDER       Buy  4/16/2018 J
DISH NETWORK CORP CL UNSOLICITED ORDER       Sold  5/17/2018 J A

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

DISNEY WALT CO DISNEY COM    J T Sold part 4/16/2018 J A
DISNEY WALT CO DISNEY COM       Buy add'l 7/12/2018 J
DOLLAR GEN CORP NEW COM    J T
DOMINION ENERGY INC COM    J T Sold part 3/16/2018 J A
DOMINION ENERGY INC COM       Sold  3/16/2018 J A
DOMINION ENERGY INC COM       Buy add'l 10/11/2018 J
DOWDUPONT INC COM    J T Sold  7/12/2018 J A
DOWDUPONT INC COM       Buy  8/13/2018 J
DOWDUPONT INC COM       Sold part 10/11/2018 J A
DOWDUPONT INC COM       Buy add'l 11/12/2018 J
DOWDUPONT INC COM       Sold part 12/13/2018 J A
DR PEPPER SNAPPLE GROUP INC COM B Div    Buy  5/17/2018 J
DR PEPPER SNAPPLE GROUP INC COM (KEURIG)    Sold  8/13/2018 J A
DSW INC CL A(X)    J T
DUKE ENERGY CORP NEW COM NEW    J T Buy  2/12/2018 J
DUN & BRADSTREET CORP DEL NEW COM(X)
DYNEX CAP INC COM NEW    J T Buy  12/13/2018 J
E TRADE FINL CORP COM NEW(X)    J T
EATON CORPORATION PLC SHS    J T
ECOLAB INC COM    J T
EDISON INTERNATIONAL UNSOLICITED ORDER    J T Buy  2/12/2018 J
EDWARDS LIFESCIENCES CORP COM    J T Buy add'l 10/11/2018
EL PASO ELECTRIC CO COM NEW    J T Sold part 1/11/2018 J A
ELECTRONIC ARTS INC COM    J T Buy  12/13/2018
ELECTRONIC ARTS INC COM    J T Buy add'l 12/13/2018
ELECTRONICS FOR IMAGING INC       Buy  1/11/2018 J
ELECTRONICS FOR IMAGING INC       Sold  2/21/2018 J A
EMC INS GROUP INC COM       Buy  2/12/2018 J
EMC INS GROUP INC COM       Sold  11/12/2018 J A
EMERGENT BIOSOLUTIONS INC COM(X)    J T
EMERSON ELEC CO COM    J T
EOG RES INC COM    J T
EPR PPTYS COM SH BEN INT    J T Buy  2/12/2018 J
EQUIFAX INC(X)    J T
EQUINIX INC COM PAR $0 001    J T Buy  2/12/2018 J
EQUINIX INC COM PAR $0 001       Sold part 5/17/2018 J A
EQUITY RESIDENTIAL SHS BEN INT    J T Sold part 1/11/2018 J A
ESSENDANT INC COM       Buy  1/11/2018 J
ESSENDANT INC COM       Sold  2/12/2018 J A
ESTEE LAUDER COMPANIES INC CL A    J T
EVERSOURCE ENERGY COM       Buy  1/11/2018 J
EVERSOURCE ENERGY COM       Sold  2/12/2018 J A
EVERTEC INC COM    J T Buy  2/12/2018 J
EXELON CORP COM    J T
EXPEDIA INC DEL COM NEW    J T Buy  2/12/2018 J
EXPEDITORS INTL WASH INC COM    J T
EXPRESS SCRIPTS HLDG CO FORMERLY CIGNA       Sold  12/24/2018 J A
EXXON MOBIL CORP COM UNSOLICITED ORDER A Div J T Sold part 2/12/2018 J A
EXXON MOBIL CORP COM UNSOLICITED ORDER       Buy add'l 3/16/2018 J
EXXON MOBIL CORP COM UNSOLICITED ORDER       Buy add'l 5/17/2018 J
EXXON MOBIL CORP COM UNSOLICITED ORDER       Sold part 12/13/2018 J A
F5 NETWORKS INC COM    J T
FACEBOOK INC CL A UNSOLICITED ORDER    J T Buy add'l 7/12/2018 J
FACEBOOK INC CL A UNSOLICITED ORDER       Sold part 8/13/2018 J A
FACEBOOK INC CL A UNSOLICITED ORDER       Sold part 11/12/2018 J A
FACEBOOK INC CL A UNSOLICITED ORDER       Buy add'l 12/13/2018 J
FCB FINL HLDGS COM SHS A    J T Buy  12/13/2018 J
FEDEX CORP COM       J T
FIDELITY NATL INFORMATION SVCS INC    J T
FIFTH THIRD BANCORP COM    J T Buy  12/13/2018 J
FIRST COMWLTH FINL CORP PA COM    J T
FISERV INC COM    J T
FOOT LOCKER INC COM    J T
FORD MOTOR CO DEL COM PAR    J T Sold part 2/12/2018 J A
FORD MOTOR CO DEL COM PAR       Buy add'l 3/16/2018 J
FORD MOTOR CO DEL COM PAR       Sold part 8/13/2018 J A
FORD MOTOR CO DEL COM PAR       Buy add'l 10/11/2018 J

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

FORRESTER RESH INC COM(X)   J T
GENERAL DYNAMICS CORP COM   J T
GENERAL ELECTRIC CO COM    J T Sold part 5/17/2018 J A
GENERAL ELECTRIC CO COM      Buy add'l 7/12/2018 J
GENERAL ELECTRIC CO COM      Sold  8/13/2018 J A
GENERAL ELECTRIC CO COM      Buy 12/13/2018 J
GENERAL MILLS INC COM      Buy 4/16/2018 J
GENERAL MILLS INC COM      Buy 5/17/2018 J
GENERAL MILLS INC COM      Sold 12/13/2018 J A
GENERAL MTRS CO COM UNSOLICITED ORDER    J T Sold part 8/13/2018 J A
GENERAL MTRS CO COM UNSOLICITED ORDER      Buy add'l 10/11/2018 J
GENESCO INC COM(X)   J T
GGP INC COM      Sold 2/12/2018 J A
GILEAD SCIENCES INC UNSOLICITED ORDER   J T Buy add'l 1/11/2018 J
GILEAD SCIENCES INC UNSOLICITED ORDER      Sold part 5/17/2018 J A
GILEAD SCIENCES INC UNSOLICITED ORDER      Buy add'l 7/12/2018 J
GILEAD SCIENCES INC UNSOLICITED ORDER      Sold part 11/12/2018 J A
GILEAD SCIENCES INC UNSOLICITED ORDER      Buy add'l 12/13/2018 J
GLOBAL PMTS INC COM(X)   J T
GOLDMAN SACHS GROUP INC COM      Sold 12/13/2018 J A
GOODYEAR TIRE & RUBR CO COM      Buy 8/13/2018 J
GOODYEAR TIRE & RUBR CO COM      Sold 10/11/2018 J A
GRAINGER WW INC   J T
GREAT WESTERN BANCORP   J T
HAEMONETICS CORP MASS COM(X)   J T
HALLIBURTON CO COM UNSOLICITED ORDER   J T Sold part 11/12/2018 J A
HALLIBURTON CO COM UNSOLICITED ORDER      Sold 11/12/2018 J A
HALLIBURTON CO COM UNSOLICITED ORDER      Buy 12/13/2018 J
HARRIS CORP DEL  (X)   J T
HCA HEALTHCARE INC COM   J T Buy 12/13/2018 J
HCP INC COM UNSOLICITED ORDER   J T Buy 2/12/2018 J
HEALTHCARE TR AMER INC CL A NEW      Sold 1/11/2018 J A
HENRY JACK & ASSOC INC COM   J T
HERITAGE FINL CORP WASH COM(X)   J T
HEWLETT PACKARD ENTERPRISE CO COM   J T
HOLOGIC INC COM   J T
HOME DEPOT INC COM A Div J T
HONEYWELL INTL INC COM   J T
HP INC COM   J T
HUMANA INC COM   J T
HUNTSMAN CORP COM   J T Buy 12/13/2018 J
ICU MED INC COM   J T
IDACORP INC COM    J T
IDEX CORP   J T
ILLINOIS TOOL WORKS INC COM   J T Sold part 8/13/2018 J A
ILLINOIS TOOL WORKS INC COM      Buy 10/11/2018 J
ILLUMINA INC COM   J T
INCYTE CORP COM      Sold 1/11/2018 J A
INCYTE CORP COM      Buy 2/12/2018 J
INTEL CORP COM A Div J T
INTERCONTINENTAL EXCHANGE INC COM   J T
INTERNATIONAL BUSINESS MACHS CORP A Div J T Buy  8/13/2018 J
INTERNATIONAL BUSINESS MACHS CORP      Sold part 11/12/2018 J A
INTERNATIONAL BUSINESS MACHS CORP      Sold part 11/12/2018 J A
INTERNATIONAL BUSINESS MACHS CORP      Sold part 11/12/2018 J A
INTERNATIONAL BUSINESS MACHS CORP      Sold 11/12/2018 J A
INTERNATIONAL BUSINESS MACHS CORP      Buy 12/13/2018 J
INTERNATIONAL PAPER CO COM      Buy 5/17/2018 J
INTERNATIONAL PAPER CO COM      Sold part 8/13/2018 J A
INTUIT INCORPORATED COM   J T
INTUITIVE SURGICAL INC COM NEW   J T
IQVIA HLDGS INC COM(X)   J T
JOHNSON CTLS INTL PLC SHS   J T Buy add'l 1/11/2018 J
JOHNSON CTLS INTL PLC SHS      Sold 2/12/2018 J A
JOHNSON CTLS INTL PLC SHS      Buy 4/16/2018 J
JP MORGAN CHASE & CO COM A Div J T Buy add'l 12/13/2018 J
KAMAN CORP COM   J T

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

KEYCORP NEW COM    J T
KIMBERLY CLARK CORP COM    J T Buy 4/16/2018 J
KIMBERLY CLARK CORP COM        Buy add'l 5/17/2018 J
KIMCO REALTY CORP (MARYLAND)    J T Buy 1/11/2018 J
KIMCO REALTY CORP (MARYLAND)        Sold 2/12/2018 J A
KIMCO REALTY CORP (MARYLAND)        Buy 3/16/2018 J
KINDER MORGAN INC DEL COM    J T Buy 2/12/2018 J
KINDER MORGAN INC DEL COM        Sold 4/16/2018 J A
KINDER MORGAN INC DEL COM        Buy 12/13/2018 J
KITE RLTY GROUP TR COM NEW        Buy 1/11/2018 J
KITE RLTY GROUP TR COM NEW        Sold 2/12/2018 J A
KOHLS CORP COM(X)    J T
KRAFT HEINZ CO COM STK    J T Sold 2/12/2018 J A
KRAFT HEINZ CO COM STK        Buy 3/16/2018 J
KRAFT HEINZ CO COM STK        Sold 5/17/2018 J A
KRAFT HEINZ CO COM STK        Buy 12/13/2018 J
KROGER CO COM    J T
L3 TECHNOLOGIES INC COM    J T
LABORATORY CORP AMER HLDGS COM NEW    J T
LAM RESEARCH CORP UNSOLICITED ORDER    J T Buy add'l 12/13/2018 J
LAS VEGAS SANDS CORP COM    J T Buy add'l 11/12/2018 J
LEAR CORP COM NEW UNSOLICITED ORDER        Buy 11/12/2018 J
LEAR CORP COM NEW UNSOLICITED ORDER        Sold 12/13/2018 J A
LENNAR CORP CL A UNSOLICITED ORDER    J T Buy 12/13/2018 J
LENNOX INTL INC COM(X)    J T
LIBERTY BROADBAND CORP COM SER C    J T Buy 7/12/2018 J
LIBERTY MEDIA CORP DEL COM SER C    J T
LINCOLN NATL CORP IND        Buy 7/12/2018 J
LINCOLN NATL CORP IND        Sold 12/13/2018 J A
LINDE PLC SH (FORMERLY PRAXAIR)    J T Buy add'l 12/13/2018 J
LOCKHEED MARTIN CORP COM    J T
LOWES COS INC COM    J T
LYONDELLBASELL INDUSTRIES N V ORD    J T
M & T BK CORP UNSOLICITED ORDER    J T Buy 12/13/2018 J
MACK CALI RLTY CORP COM    J T Buy 1/11/2018 J
MACK CALI RLTY CORP COM        Sold 2/12/2018 J A
MACK CALI RLTY CORP COM        Buy 5/17/2018 J
MACQUARIE INFRASTRUCTURE CORP    J T Buy 4/16/2018 J
MACYS INC COM    J T
MARATHON PETE CORP COM    J T
MARRIOTT INTL INC NEW CL A    J T
MARSH & MCLENNAN COS INC COM    J T
MASTERCARD INC CL A COM    J T
MCCORMICK & CO INC COM NON VTG    J T
MCDONALDS CORP UNSOLICITED ORDER    J T
MCKESSON CORP COM    J T Buy 2/12/2018 J
MCKESSON CORP COM        Sold part 7/12/2018 J A
MEDTRONIC PLC SHS    J T Buy 5/17/2018 J
METLIFE INC COM        Sold 2/12/2018 J A
METLIFE INC COM        Buy 11/12/2018 J
METLIFE INC COM        Sold 12/13/2018 J A
METTLER-TOLEDO INTL INC COM        Sold 4/16/2018 J A
MICRON TECHNOLOGY INC COM(X)    J T
MICROSOFT CORP COM A Div K T
MICROSTRATEGY INC CL A NEW(X)    J T
MIDDLEBY CORP UNSOLICITED ORDER    J T Buy 8/13/2018 J
MKS INSTRS INC COM UNSOLICITED ORDER        Buy 10/11/2018 J
MKS INSTRS INC COM UNSOLICITED ORDER        Sold 12/13/2018 J A
MOHAWK INDUSTRIES INC    J T Buy 12/13/2018 J
MOLSON COORS BREWING CO CL B NON VTG STK    J T Buy 3/16/2018 J
MOLSON COORS BREWING CO CL B NON VTG STK        Sold 4/16/2018 J A
MOLSON COORS BREWING CO CL B NON VTG STK        Buy 5/17/2018 J
MONDELEZ INTL INC CL A    J T
MONSANTO CO NEW COM C/A EFF 6/7/18 1 OLD        Sold 6/7/2018 J A
MONSTER BEVERAGE CORP NEW COM SHS    J T Buy 5/17/2018 J
MORGAN STANLEY COM NEW    J T Sold part 12/13/2018 J A
MOSAIC CO NEW COM(X)    J T

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 07/19/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

MOTORCAR PTS AMER INC COM     Buy  2/12/2018 J
MOTORCAR PTS AMER INC COM     Sold  7/12/2018 J A
MOTOROLA SOLUTIONS INC COM NEW(X)    J T
NATIONAL CINEMEDIA INC COM(X)    J T
NATIONAL OILWELL VARCO INC    J T Buy  12/13/2018 J
NETAPP INC COM    J T
NETFLIX INC COM    J T
NEUROCRINE BIOSCIENCES INC COM(X)    J T
NEWELL BRANDS INC COM    J T Sold part 4/16/2018 J A
NEXTERA ENERGY INC COM    J T
NIELSEN HOLDINGS PLC SHS     Sold  4/16/2018 J A
NIKE INC CL B    J T
NORFOLK SOUTHN CORP COM    J T
NORTHERN TR CORP COM    J T
NORTHROP GRUMMAN CORP COM    J T
NORTHWEST NATL HLDG CO COM    J T
NORTHWESTERN CORP COM NEW     Sold  2/12/2018 J A
NVIDIA CORP COM    J T Sold  12/13/2018 J A
NVIDIA CORP COM
NXP SEMICONDUCTORS NV COM    J T Buy  3/16/2018 J
NXP SEMICONDUCTORS NV COM     Sold  4/16/2018 J A
NXP SEMICONDUCTORS NV COM     Buy  5/17/2018 J
NXP SEMICONDUCTORS NV COM     Sold  8/13/2018 J A
NXP SEMICONDUCTORS NV COM     Buy  10/11/2018 J
O REILLY AUTOMOTIVE INC NEW COM    J T
OCCIDENTAL PETE CORP COM    J T
OLD NATL BANCORP IND COM    J T
OMNICOM GROUP INC COM    J T
ONEOK INC NEW COM(X)    J T
ORACLE CORP COM    J T
PACCAR INC UNSOLICITED ORDER    J T Buy  12/13/2018 J
PARAMOUNT GROUP INC COM     Buy  1/11/2018 J
PARAMOUNT GROUP INC COM     Sold  4/16/2018 J A
PARKER HANNIFIN CORP COM    J T Sold part 7/12/2018 J A
PAYPAL HLDGS INC COM UNSOLICITED ORDER    J T Buy add"l 11/12/2018 J
PENNSYLVANIA REAL ESTATE INVT TR     Buy  1/11/2018 J
PEPSICO INC COM    J T Sold part 5/17/2018 J A
PEPSICO INC COM     Sold part 5/17/2018 J A
PEPSICO INC COM     Sold  5/17/2018 J A
PEPSICO INC COM     Buy  8/13/2018 J
PEPSICO INC COM     Buy add"l 12/13/2018 J
PERKINELMER INC COM    J T
PG&E CORP COM UNSOLICITED ORDER     Buy add"l 1/11/2018 J
PG&E CORP COM UNSOLICITED ORDER     Sold part 2/12/2018 J A
PG&E CORP COM UNSOLICITED ORDER     Buy add"l 3/16/2018 J
PG&E CORP COM UNSOLICITED ORDER     Sold  8/13/2018 J A
PHILIP MORRIS INTL INC COM    J T Buy add"l 2/12/2018 J
PHILIP MORRIS INTL INC COM     Sold part 3/16/2018 J A
PHILIP MORRIS INTL INC COM     Buy add"l 4/16/2018 J
PHILIP MORRIS INTL INC COM     Sold part 5/17/2018 J A
PHILIP MORRIS INTL INC COM     Sold  5/17/2018 J A
PHILIP MORRIS INTL INC COM     Buy  7/12/2018 J
PHILLIPS 66 COM    J T
PINNACLE WEST CAP CORP COM     Sold  2/12/2018 J A
PIONEER NAT RES CO COM    J T
PNC FINL SVCS GROUP INC COM    J T
PNM RES INC COM    J T
PORTLAND GEN ELEC CO COM NEW     Sold part 1/11/2018 J A
PORTLAND GEN ELEC CO COM NEW     Sold  2/12/2018 J A
PPG INDS INC COM    J T
PPL CORP COM UNSOLICITED ORDER     Buy  2/12/2018 J
PPL CORP COM UNSOLICITED ORDER     Sold  3/16/2018 J A
PRA HEALTH SCIENCES INC COM    J T
PRICE T ROWE GROUP INC COM(X)    J T
PRINCIPAL FINL GROUP INC COM    J T Buy  12/13/2018 J
PROASSURANCE CORP COM     Sold  1/11/2018 J A
PROCTER & GAMBLE CO COM A Div J T Sold  5/17/2018 J A

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 07/19/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PROCTER & GAMBLE CO COM        Buy  7/12/2018 J
PROCTER & GAMBLE CO COM        Sold part 8/13/2018 J A
PROCTER & GAMBLE CO COM        Buy add"l 11/12/2018 J
PROCTER & GAMBLE CO COM        Buy add"l 12/13/2018 J
PROGRESSIVE CORP OH COM    J T Buy 12/13/2018 J
PROLOGIS INC COM    J T
PROLOGIS INC COM UNSOLICITED ORDER        Sold 1/11/2018 J A
PRUDENTIAL FINL INC COM        Sold 7/12/2018 J A
PRUDENTIAL FINL INC COM        Buy 10/11/2018 J
PRUDENTIAL FINL INC COM        Buy add"l 11/12/2018 J
PRUDENTIAL FINL INC COM        Sold 12/13/2018 J A
PUBLIC STORAGE COMMON STOCK    J T Sold 1/11/2018 J A
PUBLIC STORAGE COMMON STOCK        Buy 2/12/2018 J
QIAGEN NV REGISTERED SHS    J T
QUALCOMM INC UNSOLICITED ORDER    J T Sold part 3/16/2018 J A
QUALCOMM INC UNSOLICITED ORDER        Buy add"l 4/16/2018 J
QUEST DIAGNOSTICS INC COM    J T
RAYMOND JAMES FINL INC COM    J T Buy 12/13/2018 J
RAYTHEON CO COM NEW    J T
RBC BEARINGS INC COM(X)    J T
REALTY INCOME CORP COM        Buy 1/11/2018 J
REALTY INCOME CORP COM        Sold 2/12/2018 J A
RED HAT INC COM(X)    J T
REGENERON PHARMACEUTICALS INC    J T Buy 1/11/2018 J
REGENERON PHARMACEUTICALS INC        Sold 2/12/2018 J A
REGENERON PHARMACEUTICALS INC        Buy 3/16/2018 J
REGENERON PHARMACEUTICALS INC        Sold 5/17/2018 J A
REGENERON PHARMACEUTICALS INC        Buy 7/12/2018 J
RESMED INC COM(X)    J T
RETAIL OPPORTUNITY INVTS CORP COM        Buy 1/11/2018 J
RETAIL OPPORTUNITY INVTS CORP COM        Sold 2/12/2018 J A
RETAIL PPTYS AMER INC CL A        Buy 1/11/2018 J
RETAIL PPTYS AMER INC CL A        Sold 2/12/2018 J A
REV GROUP INC COM        Buy 7/12/2018 J
REV GROUP INC COM        Sold 10/11/2018 J A
ROCKWELL AUTOMATION INC COM    J T
ROPER TECHNOLOGIES INC COM    J T
ROYAL CARIBBEAN CRUISES LTD    J T
S&P GLOBAL INC COM    J T
SALESFORCE COM INC COM STOCK    J T
SANMINA CORP COM UNSOLICITED ORDER        Buy 3/16/2018 J
SANMINA CORP COM UNSOLICITED ORDER        Sold part 4/16/2018 J A
SANMINA CORP COM UNSOLICITED ORDER        Sold 10/11/2018 J A
SAUL CTRS INC COM UNSOLICITED ORDER    J T Buy 5/17/2018 J
SCANA CORP NEW COM UNSOLICITED ORDER        Buy 1/11/2018 J
SCANA CORP NEW COM UNSOLICITED ORDER        Sold 2/12/2018 J A
SCANSOURCE INC COM UNSOLICITED ORDER    J T Buy 2/12/2018 J
SCHEIN HENRY INC COM UNSOLICITED ORDER    J T Buy 4/16/2018 J
SCHLUMBERGER LTD COM        Buy 11/12/2018 J
SCHLUMBERGER LTD COM        Sold 12/13/2018 J A
SCHWAB CHARLES CORP NEW COM    J T
SEACOAST BKG CORP FLA COM NEW(X)    J T
SEMPRA ENERGY COM UNSOLICITED ORDER    J T Buy 2/12/2018 J
SERVICENOW INC COM(X)    J T
SIMON PPTY GROUP INC NEW COM    J T Sold 4/16/2018 J A
SIMON PPTY GROUP INC NEW COM        Buy 5/17/2018 J
SIRIUS XM HLDGS INC COM    J T
SMUCKER J M CO COM NEW(x)    J T
SOUTHERN CO COM UNSOLICITED ORDER A Div J T Sold 1/11/2018 J A
SOUTHERN CO COM UNSOLICITED ORDER        Buy 2/12/2018 J
SOUTHWEST AIRLS CO COM    J T Buy 7/12/2018 J
SPECTRUM BRANDS HLDGS INC COM        Buy 5/17/2018 J
SPIRIT RLTY CAP INC NEW COM    J T
SPRINT CORP COM SER UNSOLICITED ORDER        Sold 1/11/2018 J A
STARBUCKS CORP COM UNSOLICITED ORDER    J T Sold 7/12/2018 J A
STARBUCKS CORP COM UNSOLICITED ORDER        Sold 7/12/2018 J A
STARBUCKS CORP COM UNSOLICITED ORDER        Buy 8/13/2018 J

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 07/19/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

STATE BK FINL CORP COM   J T Buy 12/13/2018 J
STEEL DYNAMICS INC COM   J T
STERICYCLE INC COM UNSOLICITED ORDER      Buy 4/16/2018 J
STERICYCLE INC COM UNSOLICITED ORDER      Sold 10/11/2018 J A
STRYKER CORP   J T
SUNTRUST BKS INC COM UNSOLICITED ORDER   J T Buy 12/13/2018 J
SYMANTEC CORP UNSOLICITED ORDER   J T Buy 7/12/2018 J
SYMANTEC CORP UNSOLICITED ORDER      Sold 8/13/2018 J A
SYMANTEC CORP UNSOLICITED ORDER      Buy 10/11/2018 J
SYNOPSYS INC(X)   J T
SYNOVUS FINL CORP COM NEW      Sold 12/13/2018 J A
SYSCO CORP COM(X)   J T
TANGER FACTORY OUTLET CENTERS INC      Sold 2/12/2018 J A
TARGET CORP COM   J T
TD AMERITRADE HLDG CORP COM   J T Buy 12/13/2018 J
TESLA INC COM   J T Buy 8/13/2018 J
TESLA INC COM      Sold part 10/11/2018 J A
TEXAS INSTRUMENTS INC   J T
TEXAS ROADHOUSE INC COM(X)   J T
THERMO FISHER SCIENTIFIC INC COM   J T
TIME WARNER INC NEW COM NEW      Buy 4/16/2018 J
TIME WARNER INC NEW COM NEW EFF 06/15/18      Sold 6/15/2018 J A
TORCHMARK CORP UNSOLICITED ORDER   J T Buy 12/13/2018 J
TORO CO(X)   J T
TRAVELERS COS INC COM   J T Sold 7/12/2018 J A
TRAVELERS COS INC COM      Buy 12/13/2018 J
TREEHOUSE FOODS INC COM   J T Buy 2/12/2018 J
TRUSTMARK CORP   J T
TWENTY-FIRST CENTY FOX INC CL A   J T
TWITTER INC COM(X)   J T
UNION PAC CORP COM   J T
UNITED PARCEL SVC INC CL B   J T Buy addl 3/16/2018 J
UNITED PARCEL SVC INC CL B      Sold part 12/13/2018 J A
UNITED STATES CELLULAR CORP COM   J T
UNITED THERAPEUTICS CORP DEL COM   J T Buy 4/16/2018 J
UNITEDHEALTH GROUP INC COM   J T
UNUM GROUP COM UNSOLICITED ORDER      Buy 10/11/2018 J
UNUM GROUP COM UNSOLICITED ORDER      Sold 12/13/2018 J A
US BANCORP DEL COM   J T Buy addl 7/12/2018 J
US FOODS HLDG CORP COM(X)   J T
V F CORP COM   J T
VALERO ENERGY CORP NEW COM   J T
VARIAN MED SYS INC COM   J T
VENTAS INC COM UNSOLICITED ORDER   J T Buy 2/12/2018 J
VENTAS INC COM UNSOLICITED ORDER      Buy add'l 4/16/2018 J
VEREIT INC COM UNSOLICITED ORDER   J T Sold 1/11/2018 J A
VEREIT INC COM UNSOLICITED ORDER      Buy 2/12/2018 J
VERISIGN INC COM UNSOLICITED ORDER   J T Buy 11/12/2018 J
VERIZON COMMUNICATIONS INC A Div J T Buy add'l 1/11/2018 J
VERIZON COMMUNICATIONS INC      Sold 3/16/2018 J A
VERIZON COMMUNICATIONS INC      Buy add'l 4/16/2018 J
VERIZON COMMUNICATIONS INC      Buy add'l 5/17/2018 J
VERTEX PHARMACEUTICALS INC COM   J T
VIACOM INC NEW CL B   J T
VISA INC COM CL A   J T
VULCAN MATLS CO COM UNSOLICITED ORDER      Sold 12/13/2018 J A
WALGREENS BOOTS ALLIANCE INC COM      Sold 4/16/2018 J A
WALMART INC COM   J T
WASHINGTON PRIME GROUP NEW COM      Buy 1/11/2018 J
WASHINGTON PRIME GROUP NEW COM   Sold 2/12/2018 J A
WASTE MGMT INC DEL COM   J T
WATERS CORP COM(X)   J T
WEINGARTEN RLTY INVS COM      Buy 1/11/2018 J
WEINGARTEN RLTY INVS COM      Sold 2/12/2018 J A
WELLCARE HEALTH PLANS INC   J T
WELLS FARGO & CO NEW COM A Div J T Buy 5/17/2018 J
WELLS FARGO & CO NEW COM      Sold part 12/13/2018 J A

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 07/19/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

WELLTOWER INC COM   J T Buy  5/17/2018 J
WELLTOWER INC COM UNSOLICITED ORDER       Buy add'l 2/12/2018 J
WEST PHARMACEUTICAL SVCS INC COM(X)    J T
WESTERN DIGITAL CORP COM    J T Sold part 1/11/2018 J A
WESTERN DIGITAL CORP COM       Buy add'L 2/12/2018 J
WESTERN DIGITAL CORP COM       Sold part 7/12/2018 J A
WILLIAMS COS INC COM UNSOLICITED ORDER    J T Buy  12/13/2018 J
WORKDAY INC CL A(A)    J T
WORLDPAY INC CL A UNSOLICITED ORDER       Buy  8/13/2018 J
WORLDPAY INC CL A UNSOLICITED ORDER    Sold  12/13/2018 J
WPX ENERGY INC COM(X)    J T
WRIGHT MED GROUP N V ORDINARY SHS PAR    J T Buy  4/16/2018 J
XILINX INC COM(X)    J T
YUM BRANDS INC COM    J T
ZILLOW GROUP INC CL C CAP STK    J T Buy  11/12/2018 J
ZIMMER BIOMET HLDGS INC COM       Sold  4/16/2018 J A
ZIMMER BIOMET HLDGS INC COM       Buy  8/13/2018 J
ZIMMER BIOMET HLDGS INC COM       Sold  12/13/2018 J A

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 07/19/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ CLAIRE C. CECCHI**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544